**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **CHAPTER 7 CASE** |
| | § | |
| **BRAZOS SANDY CREEK ELECTRIC** | § | |
| **COOPERATIVE, INC.,** | § | **CASE NO. 22-30682-DRJ** |
| | § | |
| Debtor. | § | |

## GENERAL NOTES AND STATEMENT OF LIMITATIONS AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITES AND STATEMENTS OF FINANCIAL AFFAIRS

Brazos Sandy Creek Electric Cooperative ("BSCEC" or "Debtor") is a participant in the Sandy Creek Energy Station located in Riesel, Texas. BSCEC owns its assets as a tenant-in-common with two other unrelated participants. BSCEC does not have any employees and the plant's financial activities are handled on behalf of BSCEC and the other participants by Sandy Creek Services, LLC ("SCS"). SCS is an unrelated, third-party entity. The majority of the information compiled to complete the Debtor's Schedules and SOFAs was provided by SCS which compiles and stores the information related to operations of the Sandy Creek Energy Station and reports to the Debtor. The signer of the Schedules and SOFAs, who is not an employee of the Debtor, has reviewed the information provided by SCS and verified that it is correct to the best of her knowledge.

The Schedules of Assets and Liabilities and Statements of Financial Affairs filed by the Debtor were prepared pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor's authorized representative, with the assistance of SCS, with unaudited information available as of the March 18, 2022 filing date. The Schedules and SOFAs do not purport to represent financial statements prepared in

accordance with generally accepted principals in the United States ("GAAP") and they are not intended to be fully reconciled to the Debtor's financial statements.

The Schedules and SOFAs have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and SOFAs, this representative relied upon the efforts, statements and representations of the personnel and professionals of SCS and the Debtor's parent company Brazos Electric Cooperative, Inc. These authorized representatives have not (and could not have) personally verified the accuracy of each such statement, including for example, statements and representations concerning amounts owed to creditors and their addresses.  These General Notes are incorporated by reference in, and comprise an integral part of, each of the Debtor's Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

## **GENERAL NOTES**

1.      Reservation of Rights. The Debtor's Chapter 7 case is complex.  Although authorized agents of the Debtor have made reasonable efforts to ensure that the Schedules and SOFAs are accurate, based on the information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors and omissions may have occurred.  Because the Schedules and SOFAs contain unaudited information, which is subject to further review, verification and potential adjustment, these Schedules and SOFAs may be inaccurate and/or incomplete.

2.      No Waiver.     Nothing contained in the Schedules and SOFAs or these general Notes shall constitute and admission or a waiver of any of the Debtor's rights to assert any claims or defenses.  For the avoidance of doubt, listing a claim on Schedule D as "secured", on Schedule E/F as "priority", or listing a contract or lease on Schedule G as "executory" or "unexpired" does

not constitute admission by the Debtor that such amount is not disputed, contingent or unliquidated.

3.      Reporting Date.  All asset and liability information, except where otherwise noted, is provided as of the Petition Date.

4.      Estimates and Assumptions.    The Debtor was required to make estimates and assumptions in the preparation of the Schedules and SOFAs that affected the reported amounts of assets and liabilities.  Actual results could differ materially from these estimates.

5.      Asset Presentation and Valuation.  The Debtor does not have current market valuations for all of its assets.

6.      Liabilities.    Certain of the liabilities schedules are unknown, contingent and/or unliquidated at this time.  Accordingly, the Schedules and SOFAs do not necessarily reflect the total aggregate amount of the Debtor's liabilities.

7.      Intercompany Transactions.  Prior to the Petition Date, the Debtor maintained a business relationship with its parent company, Brazos Electric Power Cooperative, Inc. ("Brazos"), conducting intercompany transactions (collectively, the "Intercompany Transactions") from time to time that result in intercompany receivables and payables ("Intercompany Claims"). Substantially all of the Debtor's Intercompany Transactions are governed by the terms of that certain Power Purchase Agreement between Brazos as seller and the Debtor as purchaser (the "Sandy Creek PPA").  The only intercompany accounts receivable as of the Petition Date are amounts owed under the Sandy Creek PPA.

8.      Recharacterization.  The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts and other items reported in the Schedules and SOFAs correctly. Due to the complexity and size of the Debtor's business,

however, the Debtor may have improperly characterized, classified, categorized or designated certain items. Further, the designation of an item within a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

9.     Claim Description.   Any failure to designate a claim on the Debtor's Schedules and SOFAs as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert setoffs, recoupments, or other defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, classification or any other grounds or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to amend its Schedules and SOFAs as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

10.     Undetermined or Unknown Amounts. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified over the period of the bankruptcy proceeding and certain amounts may depend on contractual obligations to be assumed or rejected during the bankruptcy proceeding.

11.     Contingent Causes of Action.   The Debtor reserves all of its rights with respect to any claims and causes of action (including any avoidance actions) it has or may have, and neither these General Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such claims or causes of action (including any avoidance actions) or in any way prejudice or impair the assertion of such claims or causes of action (including any avoidance actions).

12.     Unknown Addresses.   The Debtor has made and continues to make reasonable efforts to collect all addresses for all parties in interest.  In the event not all addresses for parties on these

Schedules and SOFAs have been obtained, the Debtor will continue to pursue complete notice information and will provide updated information as reasonably practicable.

13.    Executory Contracts.  The Debtor has made and continues to make efforts to gather and disclose all executory contracts.  In the event not all executory contracts have been identified and included in Schedule G, the Debtor will amend Schedule G with additional executory contracts as reasonably practicable.

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Brazos Sandy Creek Electric Cooperative, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-30682 (DRJ)** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                                                        **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | Bank of America | General Business Checking | 0 0 0 6 | $27,692.65 |
| 3.2. | JP Morgan Chase Bank | Commercial Checking | 4 4 0 3 | $1,513,392.57 |
| 3.3. | Computershare Trust Company | Construction Account | 8 2 0 0 | $0.00 |
| 3.4. | Computershare Trust Company | Capital Interest Sub Acct | 8 2 0 1 | $0.00 |
| 3.5. | Computershare Trust Company | Construction Sub Acct | 8 2 0 2 | $0.00 |
| 3.6. | Computershare Trust Company | Revenue Account | 8 2 0 3 | $23,991,360.08 |
| 3.7. | Computershare Trust Company | Primary Debt Service Acct | 8 2 0 4 | $0.00 |
| 3.8. | Computershare Trust Company | Primary Interest Sub Acct | 8 2 0 5 | $5,303,537.02 |
| 3.9. | Computershare Trust Company | Primary Pincipal Sub Acct | 8 2 0 6 | $2,942,772.77 |
| 3.10. | Computershare Trust Company | Primary Fees Sub Acct | 8 2 0 7 | $0.00 |

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|
| | Name | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.11. | **Computershare Trust Company** | **Secondary Debt Service Acct** | 8 | 2 | 0 | 8 | $0.00 |
| 3.12. | **Computershare Trust Account** | **Secondary Interst Sub Acct** | 8 | 2 | 0 | 9 | $0.00 |
| 3.13. | **Computershare Trust Company** | **Secondary Principal Sub Acct** | 8 | 2 | 1 | 0 | $0.00 |
| 3.14. | **Computershare Trust Company** | **Secondary Fees Sub Acct** | 8 | 2 | 1 | 1 | $0.00 |
| 3.15. | **Computershare Trust Company** | **Other Per Indebtedness Acct** | 8 | 2 | 1 | 2 | $0.00 |
| 3.16. | **Computershare Trust Cmopany** | **Other Per Indebtedness Proceeds** | 8 | 2 | 1 | 3 | $0.00 |
| 3.17. | **Cmputershare Trust Company** | **Other Per Indebtedness Pymt Acct** | 8 | 2 | 1 | 4 | $0.00 |
| 3.18. | **Computershare Trust Company** | **Intercompany Loan Debt Service** | 8 | 2 | 1 | 5 | $0.00 |
| 3.19. | **Computershare Trust Company** | **Intercompany Loan Interst Sub** | 8 | 2 | 1 | 6 | $0.00 |
| 3.20. | **Computershare Trust Company** | **Intercompany Loan Principal Sub** | 8 | 2 | 2 | 1 | $0.00 |
| 3.21. | **Computershare Trust Company** | **Intercompany Loan Fees Sub Acct** | 8 | 2 | 2 | 2 | $0.00 |
| 3.22. | **Computershare Trust Company** | **Project Cost Account** | 8 | 2 | 2 | 3 | $0.00 |
| 3.23. | **Computershare Trust Company** | **Project Cost Reserve Acct** | 8 | 2 | 2 | 4 | $0.00 |
| 3.24. | **Computershare Trust Company** | **Casualty & Condemn Proceeds** | 8 | 2 | 2 | 7 | $2,850,134.32 |
| 3.25. | **US Bank** | **Debit Card** | 3 | 3 | 7 | 1 | $0.00 |
| 3.26. | **US Bank** | **Management Fee** | 3 | 3 | 8 | 9 | $0.00 |
| 3.27. | **US Bank** | **Primary Disbursement** | 2 | 0 | 9 | 2 | $192,220.56 |
| 3.28. | **US Bank** | **Transportation Disbursement** | 2 | 1 | 0 | 0 | $194,440.73 |

**4.   Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

**5.   Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $37,015,550.70 |
|---|

---

### Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|
| | Name | | |

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit     Current value of debtor's interest

7.1. **See attached schedule**      **$704.73**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

8.1. **See attached Schedule**      **$849,865.55**

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.      **$850,570.28**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

11. **Accounts receivable**      Current value of debtor's interest

11a. 90 days old or less:    **$6,753.01**  –  **$0.00**  = ............➔   **$6,753.01**
                   face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    **$0.00**  –  **$0.00**  = ............➔   **$0.00**
                   face amount      doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$6,753.01**

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
|     Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|     Name of entity:      % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|     Describe: | | |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.      **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | 22-30682 (DRJ) |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Coal pile - 98,250.04 tons | | | | $3,978,394.99 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | $3,978,394.99 |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| | |
|---|---|
| | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**
         Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                                                                      $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached Schedule** | | | $574,791.25 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **See attached Exhibit 50A (Physical Plant Allocation)** | | | $427,646,332.13 |
| **See attached Exhibit 50B (PPE Reconciliation)** | | | $770,261.81 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                                                          $428,991,385.19

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|
| | Name | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Power Plant**<br>**2161 Rattlesnake Rd.**<br>**Riesel, TX 76682-3337** | | | | |
| | 25% TIC | | | Value included in Exhibit 50A |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|
| | Name | | |

**TCEQ Air Quality Permit 70861 and PSDTX1039 issued to Sandy Creek Services, LLC as agent for BSCEC**

**Revised: 07/07/2017**
**Expiration Date: 05/26/2026** ............................... $0.00

**TCEQ Water Quality Permis No. WQ0004755000 issued to Sandy Creek Energy Associates LP and Sandy Creek Services LLC as agent for BSCEC**

**Issued: 02/06/2019**
**Expiration date: 5 years from issuance** ............................... $0.00

**TCEQ General Permit to Discharge Under the TX Pollutant Discharge Elmination System PDES General Permit No. TXR050000**

**Issued 08-14-2016** ............................... $0.00

**TCEQ Air Quality Standard Permit for Boilers**

**Effective: 11/03/2006** ............................... $0.00

**Federal Operating Permit No. 03336 Issued to Sandy Creek Services, LLC as agent for BSCED authorizing the operation of Sandy Creek Energy Station Other Eelectric Power Generation**

**Issued 11/30/2017** ............................... $0.00

**TCEQ Industrial and Hazardous Waste Solid Water Reg. No. 88448 Issued to Sandy Creek Energy Assoc. LP as agent for BSCEC**

**Intial Registration Date: 12/12/2007** ............................... $0.00

**TCEQ Authorization for Reclaimed Water No. R 11071-001 User: Sandy Creek Energy Assoc. as agent for BSCEC Re: Cities of Waco, Bellmead, Lacy-Lakeview, Robinson and Woodway**

**Issued: 12/11/2006** ............................... $0.00

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89. ............................... **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|
| | Name | | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**  **All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

   **See attached exhibit "Summary of Insurance"**            **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Claim for rejection damages of PPA against Brazos Electric Cooperative, Inc.**

     **Amount: UNLIQUIDATED**            **$0.00**

| Nature of claim | **Executory contract rejection damages** |
|---|---|
| Amount requested | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.           **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of<br>personal property | Current value of<br>real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $37,015,550.70 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $850,570.28 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $6,753.01 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $3,978,394.99 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $428,991,385.19 | |
| 88. | **Real property.** *Copy line 56, Part 9*......................................➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column.  91a. | $470,842,654.17 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.......................................................................... **$470,842,654.17**

**Fill in this information to identify the case:**

Debtor name **Brazos Sandy Creek Electric Cooperative, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **22-30682 (DRJ)**
(if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Creditor's name **BSEC Series 2009A Noteholders** | Describe debtor's property that is subject to a lien **All assets / Blanket Lien** | $379,740,331.49 | $469,417,292.64 |
| Creditor's mailing address **c/o Greenberg Traurig/O. Pinkas** **200 Park Ave. MetLife Bldg** | Describe the lien **Blanket Lien/UCC** | | |
| **New York          NY   10166** | Is the creditor an insider or related party? ☑ No ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? ☑ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred | | | |
| Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Do multiple creditors have an interest in the same property? ☑ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

**6.54% Series 2009A Senior Secured Notes due June 30, 2024 issued by Brazos Sandy Creek Electric Cooperative, Inc.**

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$379,740,331.49

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**   Case number (if known) **22-30682 (DRJ)**

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.2**

**Creditor's name**
**BSEC Series 2009A Noteholders**

**Creditor's mailing address**
**c/o Greenberg Traurig/S. Heyen**
**1000 Louisiana, Ste 1700**

**Houston          TX    77002**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**all assets / Blanket Lien**

**Describe the lien**
**Blanket Lien/UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $0.00 | $0.00 |

**6.54% Series 2009A Senior Secured Notes due June 30, 2024 issued by Brazos Sandy Creek Electric Cooperative, Inc.**

**2.3**

**Creditor's name**
**City of Riesel**

**Creditor's mailing address**
**P.O. Box 249**
**104 N. Hwy 6**

**Riesel          TX    76682**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
.

**Describe the lien**
**2022 ad valorem taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $0.00 | $0.00 |

Debtor  **Brazos Sandy Creek Electric Cooperative, Inc.**      Case number (if known) **22-30682 (DRJ)**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**

**Creditor's name**
McLennan Co. Tax Assessor

**Creditor's mailing address**
PO Box 406

_____

Waco      TX   78703

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
.

**Describe the lien**
2022 ad valorem taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$0.00** | **$0.00** |

**2.5**

**Creditor's name**
McLennan Community College

**Creditor's mailing address**
1400 College Drive

_____

Waco      TX   76708

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
.

**Describe the lien**
2022 ad valorem taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$0.00** | **$0.00** |

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be
listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed,
copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joseph D. Davis III** | Line  **2.1** | ___ ___ ___ ___ |
| **Greenberg Traurig, LLP** | | |
| **One International Place, Suite 2000** | | |
| **Boston, MA** | | |
| | | |
| **Oscar Pinkas/Nathan Haynes** | Line  **2.1** | ___ ___ ___ ___ |
| **Greenberg Traurig, LLP** | | |
| **One Vanderbuilt Ave.** | | |
| | | |
| **New York**          **NY**    **10017** | | |
| **Sheri L Heyen** | Line  **2.1** | ___ ___ ___ ___ |
| **Greenberg Traurig, LLP** | | |
| **1000 Louisiana, Suite 1700** | | |
| | | |
| **Houston**          **TX**    **77002** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-30682 (DRJ)** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No.  Go to Part 2.

   ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor __**Brazos Sandy Creek Electric Cooperative, Inc.**__    Case number (if known) __**22-30682 (DRJ)**__

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

__A2/Falls Bull Creek, LLC, et al__

__c/o HMG LLP__

__719 S Shoreline Blvd__

☑ Contingent
☑ Unliquidated
☑ Disputed

__Corpus Christi__        **TX**    __78401__

**Basis for the claim:**  __Pending Litigation__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.00** |
|---|---|---|---|

__Ademero, Inc.__

__4798 S. Florida - Ste. 331__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Lakeland__        **FL**    __33813__

**Basis for the claim:**  __Goods/services__

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __8__ __3__ __8__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,290.00** |
|---|---|---|---|

__ALF P-III, Inc.__

__c/o Residco__

__70 W Madison__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Chicago__        **IL**    __60602__

**Basis for the claim:**  __Goods/services__

Date or dates debt was incurred _____

Last 4 digits of account number __0__ __0__ __3__ __4__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,960.31** |
|---|---|---|---|

__All-State Belting, LLC.__

__dba All-State Belting Co.__

__520 South 18th Street__

☐ Contingent
☐ Unliquidated
☐ Disputed

__West Des Moines__        **IA**    __50265__

**Basis for the claim:**  __Goods/services__

Date or dates debt was incurred _____

Last 4 digits of account number __1__ __3__ __5__ __8__

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

Alliance Electrical Group LLC

2629 Franklin Ave

Waco       TX   76710

Date or dates debt was incurred

Last 4 digits of account number   1  6  3  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$5,176.25

---

**3.6** Nonpriority creditor's name and mailing address

Amanda Segundo, Andrew Segundo, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston     TX   77002

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.7** Nonpriority creditor's name and mailing address

Ambrea Jones & Timothy Jones, Jr. et al

c/o Spagnoletti Law Firm

401 Louisiana St 8th fl,

Houston     TX   77002

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.8** Nonpriority creditor's name and mailing address

American Pulverizer Company

1319 Macklind Ave

Saint Louis    MO   63110

Date or dates debt was incurred

Last 4 digits of account number  0  1  4  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$11,687.75

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

Angela Martinez, Indv, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.10** Nonpriority creditor's name and mailing address

Aquatech International LLC

One-Four Coins Drive

Homestead                  PA      15120

Date or dates debt was incurred

Last 4 digits of account number     0   3   1   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,550.00**

---

**3.11** Nonpriority creditor's name and mailing address

Argelis E. Sapio, Alex Ledezma, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.12** Nonpriority creditor's name and mailing address

Arti Patel & Neha Patel both Indv, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

Arvos Ljungstrom LLC

3020 Truax Road

Wellsville          NY     14895

Date or dates debt was incurred

Last 4 digits of account number          1   1   6   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☒ No
☐ Yes

**$4,704.00**

---

**3.14** Nonpriority creditor's name and mailing address

Ashley Clinton as Rep Est Aundre Clinton

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston          TX     77002

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.15** Nonpriority creditor's name and mailing address

Asset Partners, Inc.

1220 W. Morse Ave suite 210

Chicago          IL     60626

Date or dates debt was incurred

Last 4 digits of account number          0   3   1   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☒ No
☐ Yes

**$605.50**

---

**3.16** Nonpriority creditor's name and mailing address

August Jaehne, Indiv & et al

c/o Arnold & Itkin LLP

3615 N Hall St

Dallas          TX     75219

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

Debtor **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known) **22-30682 (DRJ)**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: *Check all that apply.*          **$28,200.00**

**Babcock Power Services Inc.**
**26 Forest Street, Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

**Marlborough**          **MA**     **01752**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          **1   5   6   3**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Barbara Butler**
**c/o Manginello Law Firm**
**1776 Yorktown Suite 450**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

**Houston**          **TX**     **77056**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Bay Oaks IV, LP, et al.**
**c/o Hillard Martinez Gonzalez LLP**
**719 S Shoreline Blvd**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

**Corpus Christi**          **TX**     **78401**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: *Check all that apply.*          **$1,726.73**

**BD Holt CO DBA Holt Texas LTD**
**PO Box 911975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

**Dallas**          **TX**     **75391**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number          **0   1   3   9**
☑ No
☐ Yes

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

Belinda Hubbard, Indv & et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.22** Nonpriority creditor's name and mailing address

Boyet Abito, et al.

c/o Napoli Shkolnik

3001 Esperanza Crossing, Suite 1063

Austin                     TX      78758

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.23** Nonpriority creditor's name and mailing address

Brandon Boucher and Erin Boucher

c/o Spagnoletti Law Firm

401 Louisiana St 8th fl

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.24** Nonpriority creditor's name and mailing address

Brazos Electric Power Cooperative, Inc.

7616 Bagby Avenue

Waco                       TX      76706

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
-

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.25 Nonpriority creditor's name and mailing address

Brenda Flowers, Indv, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

| Houston | TX | 77002 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

---

### 3.26 Nonpriority creditor's name and mailing address

Brenda Johnson

c/o Spagnoletti Law Firm

401 Louisiana St 8th fl

| Houston | TX | 77002 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

---

### 3.27 Nonpriority creditor's name and mailing address

Brian Labbe

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

| Houston | TX | 77002 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

---

### 3.28 Nonpriority creditor's name and mailing address

Bryan Hose & Gasket, Inc.

P.O. Box 2320

| Bryan | TX | 77806 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number     0   2   6   2

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,570.37**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29** | Nonpriority creditor's name and mailing address

**BWM Services LP**

**PO Box 176**

**Caldwell**      **TX**     **77836**

Date or dates debt was incurred

Last 4 digits of account number    **0  6  2  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,643.75

---

**3.30** | Nonpriority creditor's name and mailing address

**C.A.S.S. Transport LLC**

**116 Live Oak Ln**

**Riesel**      **TX**     **76682**

Date or dates debt was incurred

Last 4 digits of account number    **1  6  2  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,141.25

---

**3.31** | Nonpriority creditor's name and mailing address

**C.P. Environmental, LLC**

**1336 Enterprise Drive**

**Romeoville**      **IL**     **60446**

Date or dates debt was incurred

Last 4 digits of account number    **1  4  8  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$9,196.25

---

**3.32** | Nonpriority creditor's name and mailing address

**Charles Lindsey, Indiv, et al.**

**c/o Mostyn Law**

**3810 W Alabama St**

**Houston**      **TX**     **77027**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.33** Nonpriority creditor's name and mailing address

Christopher Burton

c/o Spagnoletti Law Firm

401 Louisiana St 8th fl

Houston          TX      77002

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.34** Nonpriority creditor's name and mailing address

Christopher Trujillo, Indv & et al

c/o Mostyn Law

3810 W Alabama St

Houston          TX      77027

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.35** Nonpriority creditor's name and mailing address

Cindy Dietiker, Indv, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston          TX      77002

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.36** Nonpriority creditor's name and mailing address

City of Waco-Water Utility Services

P.O. Box 2570

Waco          TX      76702

Date or dates debt was incurred

Last 4 digits of account number     0   7   8   5

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$123,024.50**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

**Clyde Industries, Inc.**

**4015 Presidential Parkway**

**Atlanta**  **GA**  **30340**

Date or dates debt was incurred

Last 4 digits of account number  **1  5  1  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,482.50**

---

**3.38** Nonpriority creditor's name and mailing address

**Cohn & Gregory Supply, LLC**

**PO Box 671435**

**Dallas**  **TX**  **75267**

Date or dates debt was incurred

Last 4 digits of account number  **1  4  3  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$101.64**

---

**3.39** Nonpriority creditor's name and mailing address

**Colinda Meza, Indiv & et al.**

**c/o Guerrero & Whittle, PLLC**

**2630 Exposition Blvd #102**

**Austin**  **TX**  **78703**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.40** Nonpriority creditor's name and mailing address

**Computershare Trust Company NA**

**WF 8113**

**PO Box 1450**

**Minneapolis**  **MN**  **55485-8113**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
-

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

D. Reynolds Company dba The Reynolds Co

2680 Sylvania Cross Dr.

Ft. Worth                TX        76137

Date or dates debt was incurred

Last 4 digits of account number        0    1    2    2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$3,539.18

---

**3.42** Nonpriority creditor's name and mailing address

Dale Patterson, Indv, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                TX        77002

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.43** Nonpriority creditor's name and mailing address

Daniel and Beryl Robinson, Indv & et al

The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                TX        77002

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.44** Nonpriority creditor's name and mailing address

Danny Martin, Indv, et al.

c/o Mostyn Law

3810 W Alabama St

Houston                TX        77027

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.45** | Nonpriority creditor's name and mailing address |

Darla R. Hogan, Indv et al.

c/o Hillard Martinez Gonzalez LLP

719 S Shoreline Blvd

Corpus Christi          TX      78401

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| **3.46** | Nonpriority creditor's name and mailing address |

Demeatrel Boles, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston          TX      77002

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| **3.47** | Nonpriority creditor's name and mailing address |

Derrick Jones, Indv, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston          TX      77002

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| **3.48** | Nonpriority creditor's name and mailing address |

Diane Jamerson, Indiv & et al

Rad Law Firm

8001 Lyndon B Johnson Fwy - Ste 300

Dallas          TX      75251

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address

**Dimitri Beck**

**c/o Spagnoletti Law Firm**

**401 Louisiana St 8th fl**

**Houston**          **TX**     **77002**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.50** Nonpriority creditor's name and mailing address

**Dolores Jackson, Indiv & Est. E. Jackson**

**c/o Arnold & Itkin LLP**

**3615 N Hall St**

**Dallas**          **TX**     **75219**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.51** Nonpriority creditor's name and mailing address

**Dominique Fisher, Indv, et al.**

**c/o Spagnoletti Law Firm**

**401 Louisiana St 8th fl**

**Houston**          **TX**     **77002**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.52** Nonpriority creditor's name and mailing address

**Donna Boatright, Indiv & et al.**

**c/o Arnold & Itkin LLP**

**3615 N Hall St**

**Dallas**          **TX**     **75219**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|--------|--------------------------------------------------|------------------------|---------------------|

| Part 2: | **Additional Page** |
|---------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.53**   Nonpriority creditor's name and mailing address

**Dustye Billiott, Indiv & et al**

**c/o Mostyn Law**

**3810 W Alabama St**

Houston                TX        77027

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.54**   Nonpriority creditor's name and mailing address

**Eco-Tech**

**156 Hickory Springs**

**Industrial Drive**

Canton                GA        30115

Date or dates debt was incurred

Last 4 digits of account number    0   1   6   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☒ No
☐ Yes

**$7,305.00**

---

**3.55**   Nonpriority creditor's name and mailing address

**Edward Restoration, LLC**

**c/o Greene Law Firm, P.C**

**1616 S. Chestnut St.**

Lufkin                TX        75901

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.56**   Nonpriority creditor's name and mailing address

**Eggelhof Inc.**

**3617 Brazos Ave.**

Odessa                TX        79764

Date or dates debt was incurred

Last 4 digits of account number    0   8   2   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☒ No
☐ Yes

**$117.71**

---

Debtor **Brazos Sandy Creek Electric Cooperative, Inc.**     Case number (if known) __22-30682 (DRJ)__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.57**   Nonpriority creditor's name and mailing address

**Ellaine Cook**

**c/o Spagnoletti Law Firm**

**401 Louisiana St 8th fl**

**Houston**     **TX**    **77002**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.58**   Nonpriority creditor's name and mailing address

**Emerson Process Management**

**15740 Park Row**

**Houston**     **TX**    **77084**

Date or dates debt was incurred

Last 4 digits of account number   __0__   __3__   __0__   __4__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$214,213.00**

---

**3.59**   Nonpriority creditor's name and mailing address

**Emory Industrial Services, Inc.**

**1501 NE Broadway Ave., Suite 1**

**Des Moines**     **IA**    **50313**

Date or dates debt was incurred

Last 4 digits of account number   __1__   __6__   __4__   __2__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,312.50**

---

**3.60**   Nonpriority creditor's name and mailing address

**Energy Transfer Partners, LP**

**dba Energy Transfer Fuel, LP**

**P.O. Box 951439**

**Dallas**     **TX**    **75395**

Date or dates debt was incurred

Last 4 digits of account number   __0__   __0__   __3__   __5__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,886.75**

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 **Amount of claim**

---

**3.61** | **Nonpriority creditor's name and mailing address**

**Engineered Pump Services Inc.**

**624 Perkins Drive**

Mukwonago          WI      53149

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods/services**

**$71,690.75**

Date or dates debt was incurred

Last 4 digits of account number      1  6  1  7

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**

**Ernest Anim, et al**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

Houston          TX      77002

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Pending Litigation**

**Unknown**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

**Ernest Peterman, Indv, et al**

**Arnold & Itkin, LLP**

**3615 N Hall St**

Dallas          TX      75219

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Pending Litigation**

**Unknown**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

**Explosive Professionals,Inc.**

**P.O. Box 1885**

Humble          TX      77347

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods/services**

**$20,524.75**

Date or dates debt was incurred

Last 4 digits of account number      1  0  2  5

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

**Fastenal Company**

**1904 S. Texas Avenue**

| Joliet | IL | 60436 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number       0   0   3   7

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☒ No
☐ Yes

**$909.10**

---

| 3.66 | Nonpriority creditor's name and mailing address |
|---|---|

**Federal Express - EXPRESS MAIL**

**P.O. Box 660481**

| Dallas | TX | 75266 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number       0   2   2   2

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☒ No
☐ Yes

**$32.04**

---

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|

**Federal Express - FREIGHT**

**Dept. CH - P.O. Box 10306**

| Palatine | IL | 60055 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number       0   9   5   4

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☒ No
☐ Yes

**$368.96**

---

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|

**Felicia Loyd & Deidre Moss, et al**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

| Houston | TX | 77002 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number       ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**              Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of claim**

---

**3.69**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                                        **Unknown**

**Fernando Ramirez, Indiv, et al**

**c/o Arnold & Itkin LLP**

**3615 N Hall St**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**Pending Litigation**

**Dallas**                    **TX**    **75219**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

**3.70**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                                        **$7,935.00**

**Finch Environmental, Inc.**

**P.O. Box 539**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Payson**                    **UT**    **84651**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **1   1   8   8**

---

**3.71**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                                        **$6,124.50**

**Flanders Electric, Inc.**

**dba Flanders CR Aquisition**

**901 Harrison Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Longview**                    **TX**    **75601**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **1   4   7   6**

---

**3.72**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                                        **Unknown**

**Floyd Furlow, Cenetta Ann Furlow et al**

**c/o The Potts Law Firm, LLP**

**2911 Turtle Creek Blvd #1000**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**Pending Litigation**

**Dallas**                    **TX**    **75219**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.73** | **Nonpriority creditor's name and mailing address** |

**Focus Environmental, Inc.**

**4700 Papermill Dr.**

| **Knoxville** | **TN** | **37909** |

Date or dates debt was incurred

Last 4 digits of account number    **1    4    0    4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,038.50**

---

| **3.74** | **Nonpriority creditor's name and mailing address** |

**Frontier Waste, LLC**

**2323 Bryan St., Ste. 2620**

| **Dallas** | **TX** | **75201** |

Date or dates debt was incurred

Last 4 digits of account number    **1    5    3    7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,131.97**

---

| **3.75** | **Nonpriority creditor's name and mailing address** |

**FS Holdings, Inc. dba Allied Sales Co.**

**P.O. Box 6116**

| **Austin** | **TX** | **78762** |

Date or dates debt was incurred

Last 4 digits of account number    **1    3    9    9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$640.50**

---

| **3.76** | **Nonpriority creditor's name and mailing address** |

**Genesis Systems Inc.**

**2663 Marquis Drive**

| **Garland** | **TX** | **75042** |

Date or dates debt was incurred

Last 4 digits of account number    **0    1    7    8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,796.00**

---

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**            Case number (if known)   __22-30682 (DRJ)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

---

**3.77**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                          **Unknown**

__Gibana Ramirez, Indv, et al__

☑ Contingent

__c/o The Buzbee Law Firm__

☑ Unliquidated

__600 Travis St, Ste 7300__

☑ Disputed

Basis for the claim:

__Houston__              __TX__    __77002__          __Pending Litigation__

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___          ☑ No
☐ Yes

---

**3.78**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                          **Unknown**

__Gilberto Garcia, Jr., et al__

☑ Contingent

__c/o Law Offices of Douglas A. Allison__

☑ Unliquidated

__1313 Oates Dr__

☑ Disputed

Basis for the claim:

__Mesquite__              __TX__    __75150__          __Pending Litigation__

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___          ☑ No
☐ Yes

---

**3.79**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                          **Unknown**

__Glenda Coleman, Indv, et al__

☑ Contingent

__c/o Arnold & Itkin LLP__

☑ Unliquidated

__3615 N Hall St__

☑ Disputed

Basis for the claim:

__Dallas__              __TX__    __75219__          __Pending Litigation__

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___          ☑ No
☐ Yes

---

**3.80**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                          **Unknown**

__Glenda Willis, Indv & a/n/f of J. Willis__

☑ Contingent

__c/o Mostyn Law__

☑ Unliquidated

__3810 W Alabama St,__

☑ Disputed

Basis for the claim:

__Houston__              __TX__    __77027__          __Pending Litigation__

Date or dates debt was incurred          _____          Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___          ☑ No
☐ Yes

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81** Nonpriority creditor's name and mailing address

Glenn Gidseg and Ronnie Harrison et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.82** Nonpriority creditor's name and mailing address

Gloria A. Anderson et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.83** Nonpriority creditor's name and mailing address

Guy Edward Stone

c/o Ketterman Rowland & Westlund

16500 San Pedro, Ste. 302

San Antonio                TX      78232

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.84** Nonpriority creditor's name and mailing address

Hayday, Inc. DBA CTWP

3730 Franklin Ave

Waco                       TX      76710

Date or dates debt was incurred

Last 4 digits of account number      0   0   2   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$68.40

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.85** Nonpriority creditor's name and mailing address

Henek Manufacturing Inc.
9700 Almeda Genoa Rd.
Bldg. 601

Houston                    TX      77075

Date or dates debt was incurred

Last 4 digits of account number      1   3   6   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☒ No
☐ Yes

$729.58

---

**3.86** Nonpriority creditor's name and mailing address

Hensel Electric Company
501 Towne Oaks Dr.

Waco                    TX      76710

Date or dates debt was incurred

Last 4 digits of account number      1   4   8   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☒ No
☐ Yes

$2,616.75

---

**3.87** Nonpriority creditor's name and mailing address

Herlinda Trujillo
c/o Spagnoletti Law Firm
401 Louisiana St 8th fl

Houston                    TX      77002

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☒ No
☐ Yes

Unknown

---

**3.88** Nonpriority creditor's name and mailing address

Howden USA Company
2475 George Urban Blvd.
Suite 120

Depew                    NY      14043

Date or dates debt was incurred

Last 4 digits of account number      1   5   2   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☒ No
☐ Yes

$52,147.50

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89**   Nonpriority creditor's name and mailing address

IHI, Inc.

2500 Citywest Blvd Suite 300

_____

Houston                         TX      77042

Date or dates debt was incurred    _____

Last 4 digits of account number     0   1   8   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$2,075.00

---

**3.90**   Nonpriority creditor's name and mailing address

Ileana Alvarez

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                         TX      77002

Date or dates debt was incurred    _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.91**   Nonpriority creditor's name and mailing address

Industrial Refractory Services, Inc.

2300 S Main Street

_____

Fort Worth                      TX      76110

Date or dates debt was incurred    _____

Last 4 digits of account number     1   3   9   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$1,978.75

---

**3.92**   Nonpriority creditor's name and mailing address

Infor (Canada), LTD. c/o  T2753

250 Ferrand Drive

Toronto, ON M3C 3G8

_____

Date or dates debt was incurred    _____

Last 4 digits of account number     0   0   9   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$78.75

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.93** **Nonpriority creditor's name and mailing address**

Integrated Power Services, LLC

1245 N. Hearne Avenue

Shreveport             LA      71107

Date or dates debt was incurred

Last 4 digits of account number      1   0   5   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,719.30

---

**3.94** **Nonpriority creditor's name and mailing address**

ISCOLA, Inc.

11612 Sunbelt Court

Baton Rouge            LA      70809

Date or dates debt was incurred

Last 4 digits of account number      1   5   3   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,061.50

---

**3.95** **Nonpriority creditor's name and mailing address**

Ivet Nazario, Indiv & et al

c/o The Potts Law Firm, LLP

2911 Turtle Creek Blvd #1000

Dallas                 TX      75219

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.96** **Nonpriority creditor's name and mailing address**

James Sustala, Indv, et al

c/o Mostyn Law

3810 W Alabama St

Houston                TX      77027

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.97**   Nonpriority creditor's name and mailing address

**Jane Doe et al**

**c/o Arnold & Itkin LLP**

**3615 N Hall St**

**Dallas**                          **TX       75219**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.98**   Nonpriority creditor's name and mailing address

**Janice Renee Winston, Indiv & et al**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

**Austin**                          **TX       78758**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.99**   Nonpriority creditor's name and mailing address

**Jesus Rodriguez, Indv, et al**

**c/o Kherkher Garcia**

**2925 Richmond Ave, Suite 1560**

**Houston**                         **TX       77098**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.100**   Nonpriority creditor's name and mailing address

**John Greenhaw**

**c/o Daly & Black, P.C.**

**2211 Norfolk St #800**

**Houston**                         **TX       77098**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**              Case number (if known)    **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.101**   Nonpriority creditor's name and mailing address

John Pafford, Indv, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.102**   Nonpriority creditor's name and mailing address

Katheryn McCoy, Indv & et al

c/o Mostyn Law

3810 W Alabama St

Houston                    TX      77027

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.103**   Nonpriority creditor's name and mailing address

Kathy Kamego and Michael Kamego

c/o Mostyn Law

3810 W Alabama St,

Houston                    TX      77027

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.104**   Nonpriority creditor's name and mailing address

Kazi Mahboob, Indv, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX      77002

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.105** Nonpriority creditor's name and mailing address

Kenneth Busby, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                              TX        77002

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown

---

**3.106** Nonpriority creditor's name and mailing address

Laredo Apartments I, LLC

c/o Hillard Martinez Gonzalez LLP

719 S Shoreline Blvd

Corpus Christi                    TX        78401

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown

---

**3.107** Nonpriority creditor's name and mailing address

Latitude 6400, LLC, Terrain Med Ctr, LLC

c/o HMG LLP

720 S Shoreline Blvd

Corpus Christi                    TX        78401

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown

---

**3.108** Nonpriority creditor's name and mailing address

Latricia Hagan et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                              TX        77002

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109** Nonpriority creditor's name and mailing address

Laura Woodring, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                         TX        77002

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?

☒ No
☐ Yes

Unknown

---

**3.110** Nonpriority creditor's name and mailing address

Lectrodryer, LLC

135 Quality Drive

Richmond                         KY        40475

Date or dates debt was incurred

Last 4 digits of account number     1  0  5  8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?

☒ No
☐ Yes

$2,531.25

---

**3.111** Nonpriority creditor's name and mailing address

Lhoist North America of Texas

5600 Clearfork Main St #300

Fort Worth                       TX        76109

Date or dates debt was incurred

Last 4 digits of account number     1  0  4  6

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?

☒ No
☐ Yes

$5,965.75

---

**3.112** Nonpriority creditor's name and mailing address

Linda Brown, Indiv./Next Kin D. Austin

c/o Fears Nachawati

5489 Blair Rd

Dallas                           TX        75231

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?

☒ No
☐ Yes

Unknown

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.113** **Nonpriority creditor's name and mailing address**

Linda Davenport

c/o Mostyn Law

3810 W Alabama St

Houston          TX     77027

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**3.114** **Nonpriority creditor's name and mailing address**

Lucia Galvan et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston          TX     77002

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

**3.115** **Nonpriority creditor's name and mailing address**

Ludeca, Inc.

1425 NW 88th Ave.

Doral          FL     33172

Date or dates debt was incurred

Last 4 digits of account number     0   2   7   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

$131.25

**3.116** **Nonpriority creditor's name and mailing address**

Lure Apts Dallas, LLC, et al

c/o HMG LLP

719 S Shoreline Blvd

Corpus Christi          TX     78401

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.117** Nonpriority creditor's name and mailing address

Maria Pineda

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston        TX     77002

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown**

---

**3.118** Nonpriority creditor's name and mailing address

Maria Torrez, Indiv & et al

c/o Mostyn Law

3810 W Alabama St

Houston        TX     77027

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown**

---

**3.119** Nonpriority creditor's name and mailing address

Marmon Industrial Water, LLC

30 Technology Dr. Suite 2F

Warren         NJ     07059

Date or dates debt was incurred

Last 4 digits of account number    _0_  _3_  _3_  _1_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?

☑ No
☐ Yes

**$6,422.44**

---

**3.120** Nonpriority creditor's name and mailing address

Mary Borton, Indiv & et al

c/o Arnold & Itkin LLP

3615 N Hall St

Dallas         TX     75219

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?

☑ No
☐ Yes

**Unknown**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

---

**Part 2:     Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      Amount of claim

---

**3.121**   Nonpriority creditor's name and mailing address

**Mary Thames, Robin Crist Faulkner et al**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

**Houston**                         **TX       77002**

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.122**   Nonpriority creditor's name and mailing address

**Mauricio Marin and Daysi Marin**

**c/o Spagnoletti Law Firm**

**401 Louisiana St 8th fl**

**Houston**                         **TX       77002**

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.123**   Nonpriority creditor's name and mailing address

**Mechanical Dynamics & Analysis LLC**

**19 British American Blvd**

**Albany**                          **NY      12210**

Date or dates debt was incurred

Last 4 digits of account number      **1    6    0    0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$58,195.00**

---

**3.124**   Nonpriority creditor's name and mailing address

**Meco of Texas, LLC.**

**P.O. Box 968**

**Norcross**                        **GA      30091**

Date or dates debt was incurred

Last 4 digits of account number      **0    8    8    9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,243.62**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.125** Nonpriority creditor's name and mailing address

Melissa L. Mauro, & Cindy Simmons et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                           TX       77002

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.126** Nonpriority creditor's name and mailing address

Meylan Enterprises, Inc.

6225 S. 60th St.

Omaha                             NE       68117

Date or dates debt was incurred

Last 4 digits of account number     1   4   7   1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$122,516.25**

---

**3.127** Nonpriority creditor's name and mailing address

Michelle Williams

c/o Mostyn Law

3810 W Alabama St

Houston                           TX       77027

Date or dates debt was incurred

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.128** Nonpriority creditor's name and mailing address

Midwest Cooling Towers, Inc.

1156 E. HWY 19

Chickasha                         OK       73018

Date or dates debt was incurred

Last 4 digits of account number     1   4   3   5

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,223.50**

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**              Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.129** | Nonpriority creditor's name and mailing address

**Midwest Cooling Towers, Inc.**

**1156 E. HWY 19**

**Chickasha**              **OK**    **73018**

Date or dates debt was incurred

Last 4 digits of account number        **1   4   3   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,693.25**

---

**3.130** | Nonpriority creditor's name and mailing address

**Mitsubishi Hitachi Power Systems**

**546 Martinsville Rd**

**Basking Ridge**              **NJ**    **07920**

Date or dates debt was incurred

Last 4 digits of account number        **1   5   2   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$267,221.25**

---

**3.131** | Nonpriority creditor's name and mailing address

**Monique Juliangarza, et al.**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

**Houston**              **TX**    **77002**

Date or dates debt was incurred

Last 4 digits of account number        __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Pending Litigation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

**3.132** | Nonpriority creditor's name and mailing address

**NAES Corporation**

**PO Box 94274**

**Seattle**              **WA**    **98124**

Date or dates debt was incurred

Last 4 digits of account number        **0   0   7   8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$690,484.75**

---

Debtor **Brazos Sandy Creek Electric Cooperative, Inc.**        Case number (if known) **22-30682 (DRJ)**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.133**  Nonpriority creditor's name and mailing address

Nicale Spencer, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                TX      77002

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Pending Litigation**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **Unknown**

---

**3.134**  Nonpriority creditor's name and mailing address

Nichole Redus, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                TX      77002

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Pending Litigation**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **Unknown**

---

**3.135**  Nonpriority creditor's name and mailing address

Northwest Cascade Inc., dba Honey Bucket

10412 John Bananola Way E

Puyallup                WA      98374

Date or dates debt was incurred _____

Last 4 digits of account number   1   6   4   0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **($333.77)**

---

**3.136**  Nonpriority creditor's name and mailing address

Office Depot, Inc.

6600 North Military Trail

Boca Raton                FL      33496

Date or dates debt was incurred _____

Last 4 digits of account number   1   2   4   4

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: **$38.62**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137**    Nonpriority creditor's name and mailing address

OST Services, LLC

55 Chapman St

Providence          RI      02905

Date or dates debt was incurred

Last 4 digits of account number          1    6    3    6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

**$34.12**

---

**3.138**    Nonpriority creditor's name and mailing address

P.L. Farley, Indiv.& Grover Silas et al

c/o Zehl & Associates

2700 Post Oak Blvd #1000

Houston          TX      77056

Date or dates debt was incurred

Last 4 digits of account number          __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.139**    Nonpriority creditor's name and mailing address

Pamela Bunkley, Indv, et al.

c/o Abraham Watkins

800 Commerce St

Houston          TX      77002

Date or dates debt was incurred

Last 4 digits of account number          __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.140**    Nonpriority creditor's name and mailing address

Patricia Dillingham, Indv & et al.

c/o Arnold & Itkin LLP

3615 N Hall St

Dallas          TX      75219

Date or dates debt was incurred

Last 4 digits of account number          __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.141**   **Nonpriority creditor's name and mailing address**

Paula Freeney et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX        77002

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.142**   **Nonpriority creditor's name and mailing address**

Pension Benefit Guaranty Corporation

Soo Min Kim/Andrea Wong

1200 K St., NW, Suite 340

Washington, DC 200005

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
.

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.143**   **Nonpriority creditor's name and mailing address**

Peter J. Kucera, et al.

c/o The Busbee Law Firm

600 Travis St., Ste 7300

Houston                    TX        77002

Date or dates debt was incurred

Last 4 digits of account number      ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.144**   **Nonpriority creditor's name and mailing address**

Pilgrim International Ltd.

Earl Business Ctr Dowry St.

Etherow Suite, Oldham

Grtr Manchester 0L82PF UK

Date or dates debt was incurred

Last 4 digits of account number      _1_  _3_  _9_  _3_

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☑ No
☐ Yes

$48,237.50

---

Debtor **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known) **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.145**  Nonpriority creditor's name and mailing address

**Pitney Bowes**

**PO Box 371874**

_____

Pittsburgh                     PA      15250

Date or dates debt was incurred  _____

Last 4 digits of account number     0   5   1   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.146**  Nonpriority creditor's name and mailing address

**Pitney Bowes Global Financial Services,**

**PO Box 371887**

_____

Pittsburgh                     PA      15250

Date or dates debt was incurred  _____

Last 4 digits of account number     0   5   1   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$15.10**

---

**3.147**  Nonpriority creditor's name and mailing address

**Power & Industrial Services Corp**

**95 Washington Street**

_____

Donora                     PA      15033

Date or dates debt was incurred  _____

Last 4 digits of account number     1   1   1   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,535.00**

---

**3.148**  Nonpriority creditor's name and mailing address

**Power Engineering Services, Inc.**

**9179 Shadow Creek Lane**

_____

Converse                     TX      78109

Date or dates debt was incurred  _____

Last 4 digits of account number     1   6   2   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,561.50**

---

Debtor **Brazos Sandy Creek Electric Cooperative, Inc.**   Case number (if known) **22-30682 (DRJ)**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.149** Nonpriority creditor's name and mailing address

**Preston Harston as Rep Est of C. Pineda**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Pending Litigation**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

**3.150** Nonpriority creditor's name and mailing address

**Railcar Holdings PAS IV LLC**

**200 Park Avenue South**

**New York**          **NY**   **10003**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Goods/services**

Date or dates debt was incurred

Last 4 digits of account number   **0  1  2  3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,100.00

**3.151** Nonpriority creditor's name and mailing address

**Randy Turner, et al.**

**c/o Brent Coon & Associates**

**300 Fannin, Ste 200**

**Houston**          **TX**   **77002**

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Pending Litigation**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

**3.152** Nonpriority creditor's name and mailing address

**Reginald Darnell Lacy, Indv, et al.**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

**Houston**          **TX**   **77002**

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Pending Litigation**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**              Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

---

**3.153**   Nonpriority creditor's name and mailing address

**Riverside Rail LLC**

**c/o Riverside Rail I LLC**

**845 Larch Avenue**

**Elmhurst**                    IL          **60126**

Date or dates debt was incurred

Last 4 digits of account number        **0    0    3    0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,660.00**

---

**3.154**   Nonpriority creditor's name and mailing address

**Robert Beasley**

**c/o Arnold & Itkin LLP**

**3615 N Hall St**

**Dallas**                    TX          **75219**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.155**   Nonpriority creditor's name and mailing address

**Robert White, et al.**

**c/o Brent Coon & Associates**

**300 Fannin, Ste 200**

**Houston**                    TX          **77002**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.156**   Nonpriority creditor's name and mailing address

**Ron Williams, Indv. & et al.**

**c/o Mostyn Law**

**3810 W Alabama St**

**Houston**                    TX          **77027**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor __**Brazos Sandy Creek Electric Cooperative, Inc.**__          Case number (if known) __**22-30682 (DRJ)**__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.157** | **Nonpriority creditor's name and mailing address**

__**Ronan Engineering Company**__

__**8050 Production Drive**__

_____

__Florence__                    __KY__     __41042__

Date or dates debt was incurred     _____

Last 4 digits of account number     __1__   __0__   __6__   __1__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods/services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$133.75**

---

**3.158** | **Nonpriority creditor's name and mailing address**

__**Ruben Benavides & Sylvia Benavides et al**__

__**c/o The Buzbee Law Firm**__

__**600 Travis St, Ste 7300**__

__Houston__                    __TX__     __77002__

Date or dates debt was incurred     _____

Last 4 digits of account number     ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
__Pending Litigation__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

**3.159** | **Nonpriority creditor's name and mailing address**

__**Schenck Process, LLC**__

__**810 South Highway**__

__**75 PO Box 205**__

__Sabetha__                    __KS__     __66534__

Date or dates debt was incurred     _____

Last 4 digits of account number     __1__   __4__   __9__   __3__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods/services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,725.00**

---

**3.160** | **Nonpriority creditor's name and mailing address**

__**SCS Engineers**__

__**1901 Central Drive, Suite 550**__

_____

__Bedford__                    __TX__     __76021__

Date or dates debt was incurred     _____

Last 4 digits of account number     __1__   __0__   __6__   __6__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods/services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,746.25**

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.161**  Nonpriority creditor's name and mailing address

Shalemu Bekele, Indv, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston          TX      77002

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.162**  Nonpriority creditor's name and mailing address

Sharon Howeth Indiv & Pers Rep C. Howeth

c/o Spagnoletti Law Firm

401 Louisiana St 8th fl

Houston          TX      77056

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.163**  Nonpriority creditor's name and mailing address

Shea Rodriguez, Indiv & et al.

c/o Mostyn Law

3810 W Alabama St

Houston          TX      77027

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.164**  Nonpriority creditor's name and mailing address

Sheba Scott, Shonda M. Jones, et al

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston          TX      77002

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.165** Nonpriority creditor's name and mailing address

Shelia Stewart, et al.

c/o The Buzbee Law Firm

600 Travis St, Ste 7300

Houston                    TX        77002

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.166** Nonpriority creditor's name and mailing address

Shermco Industries, Inc.

2425 E Pioneer Drive

Irving                    TX        75061

Date or dates debt was incurred

Last 4 digits of account number      0  2  0  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

**$1,433.25**

---

**3.167** Nonpriority creditor's name and mailing address

Shrieve Chemical Company,Inc.

1755 WOODSTEAD COURT

Spring                    TX        77380

Date or dates debt was incurred

Last 4 digits of account number      0  7  8  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods/services

Is the claim subject to offset?
☑ No
☐ Yes

**$1,888.75**

---

**3.168** Nonpriority creditor's name and mailing address

Sonya Coleman, Indv et al.

c/o Arnold & Itkin LLP

3615 N Hall St

Dallas                    TX        75219

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Pending Litigation

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**        Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.169** | Nonpriority creditor's name and mailing address

**SPX Cooling Technologies Inc.**

**7401 W 129th Street**

| **Overland Park** | **KS** | **66213** |

Date or dates debt was incurred

Last 4 digits of account number    **0   2   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$170.87

---

**3.170** | Nonpriority creditor's name and mailing address

**Standard Laboratories, Inc.**

**1530 North Cullen Ave.**

| **Evansville** | **IN** | **47715** |

Date or dates debt was incurred

Last 4 digits of account number    **0   5   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,047.39

---

**3.171** | Nonpriority creditor's name and mailing address

**Star International Inc.**

**250 S. Kings Hwy**

| **Texarkana** | **TX** | **75504** |

Date or dates debt was incurred

Last 4 digits of account number    **1   5   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

$707.16

---

**3.172** | Nonpriority creditor's name and mailing address

**Steven Brown**

**c/o Miller Weisbrod, LLP**

**11551 Forest Central Dr Suite 300**

| **Dallas** | **TX** | **75243** |

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173** Nonpriority creditor's name and mailing address

Steven Napier Ind/Est of S.Napier

c/o Arnold & Itkin LLP

3615 N Hall St

| Dallas | TX | 75219 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.174** Nonpriority creditor's name and mailing address

Sun Coast Resources, Inc.

P.O. Box 202603

| Dallas | TX | 75320 |

Date or dates debt was incurred

Last 4 digits of account number   0   2   6   9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☑ No
☐ Yes

$141.61

---

**3.175** Nonpriority creditor's name and mailing address

Susan Sheridan, Indv, et al

c/o Mostyn Law

3810 W Alabama St

| Houston | TX | 77002 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.176** Nonpriority creditor's name and mailing address

Technical Industrial Services

924 Sheffield St

| Cambria | CA | 93428 |

Date or dates debt was incurred

Last 4 digits of account number   1   2   8   7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods/services

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,777.18

---

| Debtor | **Brazos Sandy Creek Electric Cooperative, Inc.** | Case number (if known) | **22-30682 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.177** Nonpriority creditor's name and mailing address

**TEi Construction Services, Inc.**

**170 Tucapau Rd**

**Duncan**  　　　**SC**　　**29334**

Date or dates debt was incurred

Last 4 digits of account number　　**1　5　4　6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$569,872.75**

---

**3.178** Nonpriority creditor's name and mailing address

**Tenaska Energy, Inc.**

**dba Tenaska Power Services**

**14302 FNB Parkway**

**Omaha**  　　　**NE**　　**68154**

Date or dates debt was incurred

Last 4 digits of account number　　**0　2　4　4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,895.25**

---

**3.179** Nonpriority creditor's name and mailing address

**Thania Prudencio and Andrea Avelar**

**c/o The Buzbee Law Firm**

**600 Travis St, Ste 7300**

**Houston**  　　　**TX**　　**77002**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.180** Nonpriority creditor's name and mailing address

**The EADS Company**

**13843 N. Promenade Blvd.**

**Suite 100**

**Stafford**  　　　**TX**　　**77477**

Date or dates debt was incurred

Last 4 digits of account number　　**0　1　6　7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$53.47**

---

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.181**   Nonpriority creditor's name and mailing address

**Thermo Environmental Instruments**

**27 Forge Parkway**

**Franklin**                    **MA**      **02038**

Date or dates debt was incurred

Last 4 digits of account number          **1   1   8   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$729.75**

---

**3.182**   Nonpriority creditor's name and mailing address

**Thompson Industrial Services LLC**

**104 N Main Street**

**Sumter**                    **SC**      **29150**

Date or dates debt was incurred

Last 4 digits of account number          **1   2   7   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$85,130.50**

---

**3.183**   Nonpriority creditor's name and mailing address

**Toshiba America Energy Systems**

**6623 West Washington Street**

**Milwaukee**                    **WI**      **53214**

Date or dates debt was incurred

Last 4 digits of account number          **1   2   3   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,259,058.50**

---

**3.184**   Nonpriority creditor's name and mailing address

**Toya Cox, Indv, et al.**

**c/o Mostyn Law**

**3810 W Alabama St**

**Houston**                    **TX**      **77027**

Date or dates debt was incurred

Last 4 digits of account number          ___   ___   ___   ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Pending Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor __**Brazos Sandy Creek Electric Cooperative, Inc.**__   Case number (if known) __**22-30682 (DRJ)**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.185**   **Nonpriority creditor's name and mailing address**

__Tracy Calvert, Indv, & et al.__

__c/o Spagnoletti Law Firm__

__401 Louisiana St 8th fl__

__Houston__                    __TX__      __77002__

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
__Pending Litigation__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

---

**3.186**   **Nonpriority creditor's name and mailing address**

__Travis Industries, LLC__

__8032 Rendon Bloodworth Rd.__

__Mansfield__                  __TX__      __76063__

Date or dates debt was incurred

Last 4 digits of account number   __1__  __5__  __6__  __4__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods/services__

**Is the claim subject to offset?**
☒ No
☐ Yes

**$173,243.00**

---

**3.187**   **Nonpriority creditor's name and mailing address**

__Trinity Industries Leasing Co.__

__2525 N. Stemmons Freeway__

__Dallas__                     __TX__      __75207__

Date or dates debt was incurred

Last 4 digits of account number   __0__  __6__  __8__  __1__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods/services__

**Is the claim subject to offset?**
☒ No
☐ Yes

**$12,285.00**

---

**3.188**   **Nonpriority creditor's name and mailing address**

__United Conveyor Corporation__

__dba UCC Environmental__

__2100 Norman Dr.__

__Waukegan__                   __IL__      __60085__

Date or dates debt was incurred

Last 4 digits of account number   __1__  __6__  __1__  __9__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods/services__

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,725.00**

---

Debtor      **Brazos Sandy Creek Electric Cooperative, Inc.**            Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.189**  **Nonpriority creditor's name and mailing address**

**United Conveyor Supply Company**

**2921 Brown Trail**

**Bedford**                    **TX      76021**

Date or dates debt was incurred

Last 4 digits of account number        **0    2    1    3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$255.75**

---

**3.190**  **Nonpriority creditor's name and mailing address**

**United Rentals (North America), Inc.**

**100 Stamford Pl. Ste 700**

**Stamford**                    **CT      06902**

Date or dates debt was incurred

Last 4 digits of account number        **1    0    3    1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,879.97**

---

**3.191**  **Nonpriority creditor's name and mailing address**

**Valerie Daniels**

**c/o Spangnotti Law Firm**

**401 Louisiana St 8th fl**

**Houston**                    **TX      77002**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Pending Litigation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

**3.192**  **Nonpriority creditor's name and mailing address**

**Verizon Wireless**

**P.O. Box 660108**

**Dallas**                    **TX      75266**

Date or dates debt was incurred

Last 4 digits of account number        **0    1    3    0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods/services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$44.64**

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**    Case number (if known)   **22-30682 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.193**  Nonpriority creditor's name and mailing address

**Vinson & Elkins LLP**

**P.O. BOX 200113**

**Houston**                    **TX**       **77216**

Date or dates debt was incurred

Last 4 digits of account number        __0__  __1__  __3__  __1__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,800.50**

---

**3.194**  Nonpriority creditor's name and mailing address

**Vinson Process Controls Co, LP**

**2747 Highpoint Oaks Drive**

**Lewisville**                  **TX**       **75067**

Date or dates debt was incurred

Last 4 digits of account number        __0__  __1__  __7__  __1__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$51,586.75**

---

**3.195**  Nonpriority creditor's name and mailing address

**Wales Industrial Service, Inc.**

**220066 Bush Drive**

**Woodway**                   **TX**       **76712**

Date or dates debt was incurred

Last 4 digits of account number        __0__  __2__  __1__  __8__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,837.50**

---

**3.196**  Nonpriority creditor's name and mailing address

**Waste Management National Serv**

**1901 AFTON RD**

**Houston**                    **TX**       **77055**

Date or dates debt was incurred

Last 4 digits of account number        __1__  __4__  __7__  __8__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/services**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,279.00**

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**            Case number (if known)  __22-30682 (DRJ)__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.197 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                            $0.00
*Check all that apply.*

**Wells Fargo Bank, National Association**        ☐ Contingent
**Attn:Corporate Trust Services (Brazos)**        ☐ Unliquidated
**45 Broadway, 14th Floor**                       ☐ Disputed

**Basis for the claim:**

**New York**              **NY    10006**          .

Date or dates debt was incurred        _____      **Is the claim subject to offset?**
Last 4 digits of account number        __ __ __ __     ☑ No
                                                        ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                          $5,568.75
*Check all that apply.*

**Wells Fargo Rail Corporation**                  ☐ Contingent
**6250 River Road, Suite 5000**                   ☐ Unliquidated
                                                  ☐ Disputed

**Basis for the claim:**
**Des Plaines**            **IL    60018**         **Goods/services**

Date or dates debt was incurred        _____      **Is the claim subject to offset?**
Last 4 digits of account number        _0_ _6_ _4_ _3_  ☑ No
                                                        ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                          Unknown
*Check all that apply.*

**Yolanda Campos Espinosa, et al.**               ☑ Contingent
**c/o The Buzbee Law Firm**                       ☑ Unliquidated
**600 Travis St, Ste 7300**                       ☑ Disputed

**Basis for the claim:**
**Houston**               **TX    77002**          **Pending Litigation**

Date or dates debt was incurred        _____      **Is the claim subject to offset?**
Last 4 digits of account number        __ __ __ __     ☑ No
                                                        ☐ Yes

Debtor     **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **City of Waco, et al., Texas**
**c/o Tara LeDay**
**P.O.Box 1269**

**Round Rock          TX     78680-1269**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.2**  **Electric Reliability Council of TX Inc.**
**c/o Munsch Hardt Kopf & Harr, PC**
**500 N. Akard St., Suite 3800**

**Dallas          TX     75201-6659**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.3**  **Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**

**Philadelphia          PA     19101-7346**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.4**  **Jason Boland**
**Norton Rose Fulbright US LLP**
**1301 McKinney St., Ste 5100**

**Houston          TX     77010**

Line   **3.24**

☐ Not listed. Explain:

__ __ __ __

---

**4.5**  **Lower Colorado River Authority**
**c/o Jackson Walker/B. Ruzinsky**
**1401 McKinney St., Suite 1900**
**Houston, TX 7010-1900**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

**4.6**  **Lower Colorado River Authority**
**c/o Jackson Walker/Scott Rose**
**112 E.Pecan St., Suite 2400**

**San Antonio          TX     78205**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

---

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**          Case number (if known)   **22-30682 (DRJ)**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7** **McLennan County Appraisal Dist.** **315 S. 26th Street** **Waco** TX **76710** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.8** **Michael K. Rjordan** **Foley & Lardner LLP** **1000 Louisiana St. Ste 2000** **Houston** TX **77002** | Line **3.24** ☐ Not listed. Explain: | __ __ __ __ |
| **4.9** **Rural Utilities Service** **1400 Independence Ave. S.W.** **Room 4121 South** **Washington** DC **20250** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.10** **Sandy Creek Energy Assoc, LP** **c/o Ls Power Development LLC** **2 Tower Center Blvd 11th Floor** **East Brunswick** NJ **08816-1100** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.11** **Sandy Creek Energy Assoc, LP** **c/o White & Case LLP/G.Stamer** **1221 Avenue of the Americas** **New York** NY **10020** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.12** **Sandy Creek Services, LLC** **1 Tower Center Blvd Fl 21 E** **Brunswick** NJ **08816-1145** | Line _____ ☑ Not listed. Explain: **.** | __ __ __ __ |
| **4.13** **Sean A. Godon/Curtis L. Tuggle** **Thompson Hine LLP** **3560 Lenox Rd., Suite 1600** **Two Alliance Center** **Atlanta** GA **30326-4266** | Line **3.40** ☐ Not listed. Explain: | __ __ __ __ |

Debtor **Brazos Sandy Creek Electric Cooperative, Inc.** Case number (if known) **22-30682 (DRJ)**

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.14 **Texas Attorney General** <br> **Bankruptcy & Collections Div.** <br> **PO Box 12548** <br><br> **Austin**      **TX**    **78711** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.15 **Texas Commission Environmental Quality** <br> **Attn: Bankruptcy Dept** <br> **P.O.Box 13087** <br><br> **Austin**      **TX**    **78711-3987** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.16 **Texas Comptroller of Public Accounts** <br> **P.O. Box 12548** <br><br><br> **Austin**      **TX**    **78711-2548** | Line _____ <br> ☑ Not listed. Explain: <br> **Sales Taxes** | __ __ __ __ |
| 4.17 **Texas Energy Reliability Council** <br> **PO Box 12987** <br><br><br> **Austin**      **TX**    **78711-2967** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.18 **Texas Environmental Protection** <br> **Agency** <br> **1201 Elm St., Suite 500** <br><br> **Dallas**      **TX**    **75270** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.19 **Texas Public Utility Commission** <br> **1701 N. Congress Ave.** <br> **PO Box 13326** <br><br> **Austin**      **TX**    **78711-3326** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.20 **U.S. Department of Energy** <br> **1000 Independence Ave. SW** <br><br><br> **Washington**      **DC**    **20585** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**     Case number (if known)   **22-30682 (DRJ)**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.21** | **U.S. Trustee** <br> **for Southern District TX** <br> **515 Rusk Ave., Ste.3516** <br><br> **Houston**     **TX**    **77002** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.22** | **United States Attorney's Office** <br> **for Southern District TX** <br> **1000 Louisiana, Ste 2300** <br><br> **Houston**     **TX**    **77002** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Brazos Sandy Creek Electric Cooperative, Inc.**     Case number (if known)    **22-30682 (DRJ)**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,142,046.21** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$4,142,046.21** |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Brazos Sandy Creek Electric Cooperative, Inc.** |
| --- | --- |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| Case number (if known) | **22-30682 (DRJ)** | Chapter | **7** |
| --- | --- | --- | --- |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | Bluegrass Commodities LP |
| --- | --- | --- | --- |
| | | | c/o Javelin Global Commodities |
| | | | 7 Howick Place |
| | State the term remaining | | London SW1P 1BB UK |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | Burns & McDonnell Engineering Co, I |
| --- | --- | --- | --- |
| | | | 1431 Opus Place, Suite 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Downers Grove     IL     60515 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | Cloud Peak Energy Resources LLC |
| --- | --- | --- | --- |
| | | | 385 Interlocken Crescent, #400, |
| | State the term remaining | | |
| | List the contract number of any government contract | | Broomfield     CO     80021 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | Crimson Engineering Soluctions, LLC |
| --- | --- | --- | --- |
| | | | d/b/a Certrec Corporation |
| | | | 6100 Western Place, Suite 1050 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ft. Worth     TX     76107 |

Debtor  **Brazos Sandy Creek Electric Cooperative, Inc.**                Case number (if known)  __22-30682 (DRJ)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | **Helm Pacific Leasing** |
|---|---|---|---|
| | | | **c/o Helm Pacific Corp.** |
| | | | **505 Sansome St. #1800** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Francisco**  **CA**  **94111** |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | **NAES Corporation** |
|---|---|---|---|
| | | | **General Counsel** |
| | | | **1180 NW Maple St #200** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Issaquah**  **WA**  **98027** |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Master Coal Supply Agreement between Peabody and Sandy Creek Energy Assoc., LP, BSCEC and Lower Colorado River Authority** | **Peabody COALSALES, LLC** |
|---|---|---|---|
| | | | **701 Market Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **St. Louis**  **MO**  **63101** |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | **Power Max Consulting, Inc.** |
|---|---|---|---|
| | | | **6834 Third St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lanhan**  **MD**  **20706-1020** |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G Exhibit | **Sandy Creek Services, LLC** |
|---|---|---|---|
| | | | **c/o LS Power Development, LP** |
| | | | **Two Tower Ctr 11th FL.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **East Brunswick**  **NJ**  **08816** |

Debtor    **Brazos Sandy Creek Electric Cooperative, Inc.**    Case number (if known)   **22-30682 (DRJ)**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                State the name and mailing address for all other
                                                        parties with whom the debtor has an executory
                                                        contract or unexpired lease

**2.10**   State what the contract    See attached Schedule G Exhibit    **Sargent & Lundy, LLC**
           or lease is for and the                                       **Attn: Brian Faga**
           nature of the debtor's                                        **55 E. Monroe St.**
           interest

           State the term remaining    _____

           List the contract
           number of any              _____        **Chicago**              **IL**      **60603**
           government contract

**2.11**   State what the contract    See attached Schedule G Exhibit    **Sterns Conrad & Schmidt Consulting Eng**
           or lease is for and the                                       **1901 Central Drive, Suite 550**
           nature of the debtor's
           interest

           State the term remaining    _____

           List the contract
           number of any              _____        **Bedford**              **TX**      **76021**
           government contract

**2.12**   State what the contract    See attached Schedule G Exhibit    **Tenaska Power Services Co.**
           or lease is for and the                                       **300 E. John Carpenter Frwy, Ste 1100**
           nature of the debtor's
           interest

           State the term remaining    _____

           List the contract
           number of any              _____        **Irving**               **TX**      **75062**
           government contract

**2.13**   State what the contract    See attached Schedule G Exhibit    **Trinity Industries Leasing Co**
           or lease is for and the                                       **2525 Stemmons Frwy**
           nature of the debtor's
           interest

           State the term remaining    _____

           List the contract
           number of any              _____        **Dallas**               **TX**      **75207**
           government contract

**2.14**   State what the contract    See attached Schedule G Exhibit    **Twin Eagle Resource Mgmt, LLC**
           or lease is for and the                                       **8847 West Sam Houston Pkwy N**
           nature of the debtor's
           interest

           State the term remaining    _____

           List the contract
           number of any              _____        **Houston**              **TX**      **77040**
           government contract

Debtor     **Brazos Sandy Creek Electric Cooperative, Inc.**                    Case number (if known)   **22-30682 (DRJ)**

### ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | **See attached Schedule G Exhibit** | **Union Pacific Railroad Co** | |
| | | | **1400 Douglas Street** | |
| | **State the term remaining** | | | |
| | **List the contract number of any government contract** | | **Omaha**      **NE**      **68179** | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | **See attached Schedule G Exhibit** | **Waste Management Natl Serv** | |
| | | | **720 E. Butterfield Rd.** | |
| | **State the term remaining** | | | |
| | **List the contract number of any government contract** | | **Lombard**      **IL**      **60148** | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | **See attached Schedule G Exhibit** | **WL Ross Greenbrier Rail I LLC** | |
| | | | **c/o Greenbrier Mgmt Services LLC,** | |
| | | | **One Centerpoint #400** | |
| | **State the term remaining** | | | |
| | **List the contract number of any government contract** | | **Lake Oswego**      **OR**      **97035** | |

**Fill in this information to identify the case:**

Debtor name  **Brazos Sandy Creek Electric Cooperative, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **22-30682 (DRJ)**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Brazos Sandy Creek Electric Cooperative, Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):   **22-30682 (DRJ)**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

**1.**   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---:|
| 1a. | **Real property:**<br>Copy line 88 from Schedule A/B.............................................. | **$0.00** |
| 1b. | **Total personal property:**<br>Copy line 91A from Schedule A/B............................................ | **$470,842,654.17** |
| 1c. | **Total of all property**<br>Copy line 92 from Schedule A/B.............................................. | **$470,842,654.17** |

| Part 2: | Summary of Liabilities |
|---|---|

| | | |
|---|---|---:|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)<br>Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................. | **$379,740,331.49** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | |
| 3a. | **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$0.00** |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................................... | **+   $4,142,046.21** |
| **4.** | **Total liabilities**<br>Lines 2 + 3a + 3b.................................................................... | **$383,882,377.70** |

**Fill in this information to identify the case and this filing:**

Debtor Name    **Brazos Sandy Creek Electric Cooperative, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **22-30682 (DRJ)**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/18/2022    X _____
     MM / DD / YYYY        Signature of individual signing on behalf of debtor

                           **Khaki Bordovsky**
                           Printed name

                           **Vice President, Services**
                           Position or relationship to debtor

Schedule B / 7.1 Deposits and 8 Prepaid Expenses

Prepaid Expenses and Deposit Summary
Estimates as of 03/18/2022

**Deposits**

| | |
|---|---|
| Riesel Water Prepayment | 500.00 |
| Trash Disposal Prepayment | 185.38 |
| Navasota Valley Electricity Prepayment | 19.35 |
| **Total Deposits** | 704.73 |

**Prepaid Expenses**

| | | |
|---|---|---|
| Estimated NAES (March) | 120,065.48 | |
| NAES Credit Card Prefunding | 3,750.00 | |
| 50% SCR (10% upon PO & 40% Upon Production) | 160,112.50 | balance as of 2/28/22 |
| 50% Pulverizer Inspection (50% 4 Weeks Prior to Arrival) | 2,075.00 | balance as of 2/28/22 |
| 20% HP/IP Turbine Overhaul (20% upon PO) | 159,219.10 | balance as of 2/28/22 |
| 30% Stage 9 Blade & Diaphragm Replacement | 115,245.00 | balance as of 2/28/22 |
| 50% B4 Burner Expansion Joint Ring | 962.50 | balance as of 2/28/22 |
| 25% Toshiba HMI Upgrade | 925.73 | balance as of 2/28/22 |
| 2022 Certrec NERC Compliance Support (1/1-12/31/22) | 9,293.77 | |
| F9 Renewal (6/15-6/14/23) | 78.65 | |
| Content Central Renew (6/16-6/15/23) | 450.00 | |
| Fuelworx Licensing (11/08/21-11/07/22) | 4,714.54 | |
| Argus Coal Daily (8/23/21-8/22/22) | 1,677.63 | |
| Maximo Licensing Renewals (1/01/22-12/31/22) | 10,571.85 | |
| Maximo Licensing Renewals (8/1/21-7/31/22) | 814.05 | |
| Prepaid Railcars | 25,980.00 | |
| Prepaid Insurance | 233,929.76 | |
| **Total Prepaid Expenses** | 849,865.55 | |

Schedule B  /  Question 47
Titled Vehicles

| Year | Make | Model | Description | VIN# | Purchase Price | Own/ Lease |
|------|------|-------|-------------|------|----------------|------------|
| 2011 | Caterpillar | D9T | Dozer with Blade | RJS01733 | $939,225 | Own |
| 2000 | Caterpillar | D9R | Dozer | 7TL01344 | $435,000 | Own |
| 2011 | Shuttle Wagon | SWX-420 | Railcar Mover | SWX420 | $270,125 | Own |
| 2011 | Caterpillar | 342 DL | Hydraulic Excavator (Trac Hoe) | PYT0375 | $249,784 | Own |
| 2008 | Caterpillar | 613C | Water Wagon | 8LJ3416 | $242,307 | Own |
| 2006 | Caterpillar | TH460B | Telehandler with Lifting Hook | SLF02662 | $57,200 | Own |
| 2011 | Caterpillar | 262C | Skid Steer | MST3892 | $47,788 | Own |
| 2011 | Hyster Fortis | S10FTS | Forklift | EV010V02965F | $22,500 | Own |
| 2007 | Kawasaki | KAF620-J7F | Utility Task Vehicle | JK1AFCJ107B520316 | $11,053 | Own |
| 2007 | Kawasaki | KAF620-J7F | Utility Task Vehicle | JK1AFCE1378547973 | $11,053 | Own |
| 2014 | ExMark | PNS69K523 | Zero Turn Mower | 314619713 | $5,400 | Own |
| 2013 | Yamaha | YDREX | Electric 4WD Passenger Cart | None | $4,800 | Own |
| 2012 | Yamaha | 48 Volt | Golf Cart | JW9-101121 | $2,930 | Own |
| 2020 | Caterpillar | 8,000# | Forklift | AT12C00166 | | Lease |
| 2021 | Skyjack | SJIII3226 | Scissor Lift | 27019838 | $7,995 | Own |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | **Total** | **$2,299,165** | |

x 25% = $574,791.25

BSCEC is allocated 25% of the total as per its TIC Interest.

February 2022 Physical Plant Allocation

| | | | Beginning Balance | Additions (see tab 2 & 3) | Moved to Asset | Ending Balance | Per GL | Difference |
|---|---|---|---|---|---|---|---|---|
| 15140 | 107-OAM-00-00 | CWIP - DCS Hardware/Software Upgrade | 526,851.60 | 460,995.15 | - | 987,846.75 | 987,846.75 | - |
| 15185 | 107-OAM-00-00 | CWIP - Construction Landfill Cell #3 | 2,444,429.40 | 13,340.00 | - | 2,457,769.40 | 2,457,769.40 | - |
| 15215 | 107-OAM-00-00 | CWIP - Upgrade Plant Paving | - | | - | - | - | - |
| 15270 | 107-OAM-00-00 | CWIP - Simulator Upgrade | - | 110,000.00 | - | 110,000.00 | 110,000.00 | - |
| 15275 | 107-OAM-00-00 | CWIP - Update SEL Hardware/Software | 35,620.80 | - | - | 35,620.80 | 35,620.80 | - |
| 15280 | 107-OAM-00-00 | CWIP - Hitachi to Emerson BFPT Controls Upgrade | - | - | - | - | - | - |
| 15285 | 107-OAM-00-00 | CWIP - Fly Ash Capital Improvements | - | 31,458.34 | - | 31,458.34 | 31,458.34 | - |
| | | Total CWIP | 3,006,901.80 | 615,793.49 | - | 3,622,695.29 | 3,622,695.29 | - |
| | | | | | | | | |
| 16510 | 101-OAM-00-00 | Plant Assets - Auxiliary Power (AP) | 43,297,360.09 | - | - | 43,297,360.09 | 43,297,360.09 | - |
| 16520 | 101-OAM-00-00 | Plant Assets - Ash System (AS) | 10,824,536.38 | - | - | 10,824,536.38 | 10,824,536.38 | - |
| 16530 | 101-OAM-00-00 | Plant Assets - Bulk Material (BM) | 147,989.01 | - | - | 147,989.01 | 147,989.01 | - |
| 16540 | 101-OAM-00-00 | Plant Assets - Building System (BS) | 217,416,215.71 | - | - | 217,416,215.71 | 217,416,215.71 | - |
| 16550 | 101-OAM-00-00 | Plant Assets - Compressed Air (CA) | 3,190,158.98 | - | - | 3,190,158.98 | 3,190,158.98 | - |
| 16560 | 101-OAM-00-00 | Plant Assets - Chemical Control (CC) | 168,639,144.35 | - | - | 168,639,144.35 | 168,639,144.35 | - |
| 16570 | 101-OAM-00-00 | Plant Assets - Construction Facility (CF) | - | - | - | 0.00 | 0.00 | - |
| 16580 | 101-OAM-00-00 | Plant Assets - Compressed Gas Storage (CG) | 2,400,836.11 | - | - | 2,400,836.11 | 2,400,836.11 | - |
| 16590 | 101-OAM-00-00 | Plant Assets - Coal Handling (CH) | 85,890,301.67 | - | - | 85,890,301.67 | 85,890,301.67 | - |
| 16600 | 101-OAM-00-00 | Plant Assets - Communication Management (CM) | 417,685.85 | - | - | 417,685.85 | 417,685.85 | - |
| 16610 | 101-OAM-00-00 | Plant Assets - Control Operations (CO) | 8,176,053.13 | - | - | 8,176,053.13 | 8,176,053.13 | - |
| 16620 | 101-OAM-00-00 | Plant Assets - Cathodic Protection | 164,447.56 | - | - | 164,447.56 | 164,447.56 | - |
| 16630 | 101-OAM-00-00 | Plant Assets - Drains & Plumbing (DP) | 213,769.33 | - | - | 213,769.33 | 213,769.33 | - |
| 16640 | 101-OAM-00-00 | Plant Assets - Equipment Cooling (EC) | 3,650,603.96 | - | - | 3,650,603.96 | 3,650,603.96 | - |
| 16650 | 101-OAM-00-00 | Plant Assets - Electrical External (EE) | 8,567,384.75 | - | - | 8,567,384.75 | 8,567,384.75 | - |
| 16660 | 101-OAM-00-00 | Plant Assets - Fuel Gas (FG) | 5,416,226.72 | - | - | 5,416,226.72 | 5,416,226.72 | - |
| 16670 | 101-OAM-00-00 | Plant Assets - Fire Protection (FP) | 16,049,453.52 | - | - | 16,049,453.52 | 16,049,453.52 | - |
| 16680 | 101-OAM-00-00 | Plant Assets - Feed Water (FW) | 80,408,602.72 | - | - | 80,408,602.72 | 80,408,602.72 | - |
| 16690 | 101-OAM-00-00 | Plant Assets - Generator Terminal (GT) | 19,667,164.09 | - | - | 19,667,164.09 | 19,667,164.09 | - |
| 16700 | 101-OAM-00-00 | Plant Assets - Heat Recovery (HR) | 65,513,347.18 | - | - | 65,513,347.18 | 65,513,347.18 | - |
| 16710 | 101-OAM-00-00 | Plant Assets - Lighting Terminal (LT) | 5,196,336.90 | - | - | 5,196,336.90 | 5,196,336.90 | - |
| 16720 | 101-OAM-00-00 | Plant Assets - Plant Maintenance (PM) | 1,545,750.17 | - | - | 1,545,750.17 | 1,545,750.17 | - |
| 16730 | 101-OAM-00-00 | Plant Assets - Primary Power (PP) | 5,271,716.49 | - | - | 5,271,716.49 | 5,271,716.49 | - |
| 16740 | 101-OAM-00-00 | Plant Assets - Pegging Steam (PS) | 8,633,169.38 | - | - | 8,633,169.38 | 8,633,169.38 | - |
| 16750 | 101-OAM-00-00 | Plant Assets - Sampling & Analysis (SA) | 1,775,971.59 | - | - | 1,775,971.59 | 1,775,971.59 | - |
| 16760 | 101-OAM-00-00 | Plant Assets - Space Conditioning (SC) | 13,467,719.92 | - | - | 13,467,719.92 | 13,467,719.92 | - |
| 16770 | 101-OAM-00-00 | Plant Assets - Steam Generator - Boiler (SG) | 449,493,949.99 | - | - | 449,493,949.99 | 449,493,949.99 | - |
| 16780 | 101-OAM-00-00 | Plant Assets - Site Topography (ST) | 222,832,397.66 | - | - | 222,832,397.66 | 222,832,397.66 | - |
| 16790 | 101-OAM-00-00 | Plant Assets - Turbine Extraction (TE) | 17,529,434.16 | - | - | 17,529,434.16 | 17,529,434.16 | - |
| 16800 | 101-OAM-00-00 | Plant Assets - Turbine Generator (TG) | 135,161,460.93 | - | - | 135,161,460.93 | 135,161,460.93 | - |
| 16810 | 101-OAM-00-00 | Plant Assets - Water Supply (WS) | 52,230,401.00 | - | - | 52,230,401.00 | 52,230,401.00 | - |
| 16820 | 101-OAM-00-00 | Plant Assets - Water Treatment (WT) | 13,796,615.04 | - | - | 13,796,615.04 | 13,796,615.04 | - |
| 16830 | 101-OAM-00-00 | Plant Assets - Waste Collection and Treatment (WW) | 1,430,689.20 | - | - | 1,430,689.20 | 1,430,689.20 | - |
| 16840 | 101-OAM-00-00 | Plant Assets - WMARRS (RW) | 26,812,714.53 | - | - | 26,812,714.53 | 26,812,714.53 | - |
| 16850 | 101-OAM-00-00 | Plant Assets - Capacitor Bank (CB) | 14,092,889.60 | - | - | 14,092,889.60 | 14,092,889.60 | - |
| 16860 | 101-OAM-00-00 | Plant Assets - Solid Waste Landfill (SW) | 1,262,830.85 | - | - | 1,262,830.85 | 1,262,830.85 | - |
| | | Total Physical Plant | 1,710,585,328.52 | - | - | 1,710,585,328.52 | 1,710,585,328.52 | - |

EXHIBIT 50A  Schedule B / Question 50

BSCEC is allocated 25% of the total as per its TIC interest

**2022-Current Month Rollforward**

| Account | Subaccount | Description | Ending Balance 1/31/2022 | Additions See Tab 4 | Disposals See Tab 5 | Ending Balance 2/28/2022 | Detail Balance From Tab 3 | Difference | Check |
|---|---|---|---|---|---|---|---|---|---|
| 16100 | 101-OAM-00-00 | Tools & Equip Purch | 14,886.24 | - | - | 14,886.24 | 14,886.24 | - | - |
| 16105 | 101-OAM-00-00 | Mechanical Tools & Equip | 169,670.57 | - | - | 169,670.57 | 169,670.57 | - | - |
| 16110 | 101-OAM-00-00 | Electrical Tools & Equip | 47,124.11 | - | - | 47,124.11 | 47,124.11 | - | - |
| 16115 | 101-OAM-00-00 | Laboratory Equipment | 219,439.93 | - | - | 219,439.93 | 219,439.93 | - | - |
| 16120 | 101-OAM-00-00 | Safety Equipment | 16,801.70 | - | - | 16,801.70 | 16,801.70 | - | - |
| 16125 | 101-OAM-00-00 | Plant Radios & Equipment | 103,062.46 | - | - | 103,062.46 | 103,062.46 | - | - |
| 16130 | 101-OAM-00-00 | Warehouse Storage/Office | 49,593.97 | - | - | 49,593.97 | 49,593.97 | - | - |
| 16135 | 101-OAM-00-00 | Operations Tools | 29,803.00 | - | - | 29,803.00 | 29,803.00 | - | - |
| 16140 | 101-OAM-00-00 | Office Furniture & Equipment | 136,776.79 | - | - | 136,776.79 | 136,776.79 | - | - |
| 16145 | 101-OAM-00-00 | Computer Hardware | 112,488.99 | - | - | 112,488.99 | 112,488.99 | - | - |
| 16150 | 101-OAM-00-00 | Computer Software | 215,927.00 | - | - | 215,927.00 | 215,927.00 | - | - |
| 16155 | 101-OAM-00-00 | Telephone Systems | 33,563.24 | - | - | 33,563.24 | 33,563.24 | - | - |
| 16165 | 101-OAM-00-00 | Plant Heavy Eqmt - Rolling Sto | 1,923,209.25 | - | - | 1,923,209.25 | 1,923,209.25 | - | - |
| 16170 | 101-OAM-00-00 | Plant Passenger Vehicles & Sma | 8,700.00 | - | - | 8,700.00 | 8,700.00 | - | - |
| | | | 3,081,047.25 | - | - | 3,081,047.25 | 3,081,047.25 | - | - |

EXHIBIT 50 B   Schedule B / Question 50

BSCEC is allocated 25% of the total as per its TIC interest

| Acct | Date | Description | Type | GL Description | Debit | Credit | Amount (Net) |
|------|------|-------------|------|----------------|-------|--------|--------------|
| 16100 | 2/19/2013 | Cleco 75 RNAL 2 X 4/34 | Construction | 100037 FASTENAL | 4,891.24 | 0.00 | 4,891.24 |
| 16100 | 2/27/2013 | UE Systems - Ultra Probe | Construction | 100923 UE Systems | 9,995.00 | 0.00 | 9,995.00 |
| **16100 Total** | | | | | | | 14,886.24 |
| 16105 | 2/28/2011 | Digital Hydrometer | Construction | NAES Import | 2,426.64 | 0.00 | 2,426.64 |
| 16105 | 6/10/2011 | 25 ton Hydraulic Press | Construction | 100037 FASTENAL | 2,996.67 | 0.00 | 2,996.67 |
| 16105 | 6/15/2011 | FLIR T-640 | Construction | FLR FLIR Systems, Inc | 24,933.62 | 0.00 | 24,933.62 |
| 16105 | 6/23/2011 | VIBXPERT-II 2-channel system | Construction | 100274 Ludeca, Inc. | 25,993.95 | 0.00 | 25,993.95 |
| 16105 | 7/5/2011 | 42 X 24 Flip Top Cab | Construction | 100037 FASTENAL | 3,222.46 | 0.00 | 3,222.46 |
| 16105 | 7/5/2011 | Micrometer set | Construction | 100047 Grainger | 2,989.36 | 0.00 | 2,989.36 |
| 16105 | 7/21/2011 | Radeye 3 Personal Dose Meter | Construction | 100047 Grainger | 1,142.73 | 0.00 | 1,142.73 |
| 16105 | 7/29/2011 | Radeye 3 Personal Dose Meter | Construction | 100047 Grainger | 1,142.72 | 0.00 | 1,142.72 |
| 16105 | 8/1/2011 | Piercing Rod Assembly and Cart | Construction | 100227 Hazard Control Technolo | 9,178.33 | 0.00 | 9,178.33 |
| 16105 | 8/10/2011 | Hotsy High Pressure Cleaning System | Construction | 100230 Hotsy/Carlson Equipment | 20,035.50 | 0.00 | 20,035.50 |
| 16105 | 8/10/2011 | FLIR 640-T Lens and Software | Construction | FLR FLIR Systems, Inc | 4,966.79 | 0.00 | 4,966.79 |
| 16105 | 8/24/2011 | Evaporative Fan | Construction | 100092 Richards Supply Company | 2,976.00 | 0.00 | 2,976.00 |
| 16105 | 8/24/2011 | Encapsulator Technology Cart | Construction | 100227 Hazard Control Technolo | 6,022.54 | 0.00 | 6,022.54 |
| 16105 | 9/7/2011 | Welded Bin Cabinet | Construction | 100047 Grainger | 1,669.37 | 0.00 | 1,669.37 |
| 16105 | 12/6/2011 | E710 Wireless Shaft Alignment System | Construction | 100795 Easy-Laser E710 Wireles | 14,200.00 | 0.00 | 14,200.00 |
| 16105 | 12/13/2011 | 1" Drive Torque Wrench | Construction | 100804 1" Drive Torque Wrench- | 1,275.44 | 0.00 | 1,275.44 |
| 16105 | 12/20/2011 | Model P22+ Crimper | Construction | 100804 CRIMPER, MODEL P22+ | 2,963.25 | 0.00 | 2,963.25 |
| 16105 | 1/23/2012 | Bruno Packing Tool Set | Construction | 100804 BRUNO PACKING TOOL SET | 1,932.00 | 0.00 | 1,932.00 |
| 16105 | 1/26/2012 | Digital Ultrasonic Thickness Gauge | Construction | 100817 Digital Ultrasonic Thic | 3,900.00 | 0.00 | 3,900.00 |
| 16105 | 2/29/2012 | Barco Pump | Construction | 100813 Barco Pump | 25,496.20 | 0.00 | 25,496.20 |
| 16105 | 4/25/2012 | Retract Tool Assembly | Construction | Retract Tool Assembly | 4,915.05 | 0.00 | 4,915.05 |
| 16105 | 8/31/2012 | 3" Trash Pump W/ Diesel | Construction | 100831 3" Trash Pump W/ Diesel | 3,364.95 | 0.00 | 3,364.95 |
| 16105 | 8/31/2012 | Welding Machine | Construction | 100776 Welding Machine | 1,927.00 | 0.00 | 1,927.00 |
| **16105 Total** | | | | | | | 169,670.57 |
| 16110 | 1/31/2011 | Calibrators (2) | Construction | NAES Import | 21,329.00 | 0.00 | 21,329.00 |
| 16110 | 6/10/2011 | Digital Ohmmeter | Construction | 100006 Airgas - Southwest | 3,995.00 | 0.00 | 3,995.00 |
| 16110 | 6/10/2011 | 5KB Megger and Oscilloscope | Construction | 100006 Airgas - Southwest | 5,504.00 | 0.00 | 5,504.00 |
| 16110 | 10/11/2011 | USB 8486 Foundation for Fieldbus Integration | Construction | 100768 NI USB 8486 for Foundat | 1,899.00 | 0.00 | 1,899.00 |
| 16110 | 12/13/2011 | Digital Ohmmeter | Construction | 100219 DLRO | 3,370.00 | 0.00 | 3,370.00 |
| 16110 | 12/19/2011 | Ingersoll-Rand Air Wench | Construction | 100037 Air Winch, Ingersoll-Ra | 6,644.37 | 0.00 | 6,644.37 |
| 16110 | 12/19/2011 | 12 Ton Roller Kit | Construction | 100037 Hilman Rollers Roller K | 1,082.76 | 0.00 | 1,082.76 |
| 16110 | 12/19/2011 | Portable Gantry Crane | Construction | 100037 Portable Gantry Crane, | 3,299.98 | 0.00 | 3,299.98 |
| **16110 Total** | | | | | | | 47,124.11 |
| 16115 | 2/28/2011 | Marvel Scientific Refrigerator | Construction | NAES Import | 1,410.93 | 0.00 | 1,410.93 |
| 16115 | 7/5/2011 | Spectophotometer and Accessories | Construction | 100049 Hach Company | 5,964.13 | 0.00 | 5,964.13 |
| 16115 | 7/21/2011 | Simple SDI Meter | Construction | 100281 Procam Controls, Inc. | 2,409.56 | 0.00 | 2,409.56 |
| 16115 | 12/12/2011 | Hach PH Meter Kit | Construction | 100049 Hach PH Meter Kit | 3,838.00 | 0.00 | 3,838.00 |
| 16115 | 1/9/2012 | AquaPaI III Karl Fischer Titrater | Construction | 100811 AquaPal III Karl Fische | 7,068.00 | 0.00 | 7,068.00 |
| 16115 | 2/29/2012 | TS Barnstead Water Purification System | Construction | | 6,028.72 | 0.00 | 6,028.72 |
| 16115 | 3/31/2012 | Lab Casework/FumeHood | Construction | | 32,459.90 | 0.00 | 32,459.90 |
| 16115 | 4/9/2012 | Wallace & Tierman A-790 | Construction | | 2,644.00 | 0.00 | 2,644.00 |
| 16115 | 4/25/2012 | Sample Panel RM & WTR | Construction | | 7,880.00 | 0.00 | 7,880.00 |
| 16115 | 6/27/2012 | Final Installation of Lab Equipment | Construction | | 10,576.10 | 0.00 | 10,576.10 |
| 16115 | 8/6/2012 | Lab Sink | Construction | 100047 SS Lab Sink | 1,409.36 | 0.00 | 1,409.36 |
| 16115 | 10/31/2012 | TOC Analyzer | Construction | 100872 Model 5310C TOC Analyzer | 21,682.20 | 0.00 | 21,682.20 |
| 16115 | 10/31/2012 | ICS-2100 Unit | Construction | 100861 ICS-2100 | 53,777.27 | 0.00 | 53,777.27 |
| 16115 | 10/31/2012 | GFA 7000 | Construction | 100862 GFA 7000 | 8,629.20 | 0.00 | 8,629.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16115 | 10/31/2012 | ASC 7000 Autosampler | Construction | 100862 Autosampler | 5,324.40 | 0.00 | 5,324.40 |
| 16115 | 10/31/2012 | AAC Graphite Furnace | Construction | 100862 Graphite Furnace | 14,798.16 | 0.00 | 14,798.16 |
| 16115 | 1/31/2013 | Sample Panel Room HVAC | Construction | 100300 Sample Panel Room HVAC | 33,540.00 | 0.00 | 33,540.00 |
| **16115 Total** | | | | | | | 219,439.93 |
| 16120 | 2/28/2011 | 2 Gas Monitors | Construction | NAES Import | 9,283.10 | 0.00 | 9,283.10 |
| 16120 | 3/31/2011 | Redtag Pro LOTO Software | Construction | NAES Import | 7,518.60 | 0.00 | 7,518.60 |
| **16120 Total** | | | | | | | 16,801.70 |
| 16125 | 1/31/2011 | Plant Radios | Construction | NAES Import | 94,250.31 | 0.00 | 94,250.31 |
| 16125 | 4/30/2011 | 4 Plant Radios | Construction | NAES Import | 3,655.65 | 0.00 | 3,655.65 |
| 16125 | 12/20/2011 | 5 Radios and Labor | Construction | 100023 LABOR | 1,575.00 | 0.00 | 1,575.00 |
| 16125 | 12/20/2011 | 5 Radios and Labor | Construction | 100023 MOTOTRBO XPR 4550, 450- | 3,581.50 | 0.00 | 3,581.50 |
| **16125 Total** | | | | | | | 103,062.46 |
| 16130 | 4/30/2011 | Pallet racking and shelving | Construction | NAES Import | 16,517.00 | 0.00 | 16,517.00 |
| 16130 | 7/21/2011 | Evaporative fan - warehouse | Construction | 100047 Grainger | 2,024.65 | 0.00 | 2,024.65 |
| 16130 | 12/12/2011 | Handheld Scanners and Accessories | Construction | 100786 CK3 - 802.11 A/B/G, IMA | 2,798.00 | 0.00 | 2,798.00 |
| 16130 | 6/20/2012 | Warehouse Shelving | Construction | 100047 Lyons Pre-Engineered Shelving | 10,304.32 | 0.00 | 10,304.32 |
| 16130 | 10/31/2012 | Connex Containers | Construction | 100221 40' Connex Containers | 5,200.00 | 0.00 | 5,200.00 |
| 16130 | 10/31/2012 | Maintenance Shop Modifications | Construction | Maintenance Shop Modifications | 12,750.00 | 0.00 | 12,750.00 |
| **16130 Total** | | | | | | | 49,593.97 |
| 16135 | 12/12/2011 | Handheld Scanners and Accessories | Construction | 100786 CK32 - 56 IMAGER SCANNE | 24,594.00 | 0.00 | 24,594.00 |
| 16135 | 12/12/2011 | Quad Charger | Construction | 100786 QUADCHARGER FOR CK32 | 1,288.00 | 0.00 | 1,288.00 |
| 16135 | 12/12/2011 | Spare Battery Pack | Construction | 100786 SPARE BATTERY PACK | 1,926.00 | 0.00 | 1,926.00 |
| 16135 | 1/18/2012 | 2 Connex Containers | Construction | 100221 20' Connex Containers o | 1,995.00 | 0.00 | 1,995.00 |
| **16135 Total** | | | | | | | 29,803.00 |
| 16140 | 12/31/2010 | Printers and Copiers | Construction | NAES Import | 24,148.70 | 0.00 | 24,148.70 |
| 16140 | 12/31/2010 | Office Furniture (Entire Office) | Construction | NAES Import | 75,831.80 | 0.00 | 75,831.80 |
| 16140 | 1/31/2011 | Additional Office Furniture | Construction | NAES Import | 11,132.58 | 0.00 | 11,132.58 |
| 16140 | 2/28/2011 | Conference Table | Construction | NAES Import | 8,220.00 | 0.00 | 8,220.00 |
| 16140 | 4/30/2011 | Control Room Furniture | Construction | NAES Import | 1,590.14 | 0.00 | 1,590.14 |
| 16140 | 10/7/2011 | Upright Shelving Assembly | Construction | 100037 Upright Shelving Assemb | 2,761.32 | 0.00 | 2,761.32 |
| 16140 | 10/25/2011 | Konica Minolta Copier Bizhub | Construction | 100026 KONICA MINOLTA BIZHUB C | 5,128.00 | 0.00 | 5,128.00 |
| 16140 | 12/6/2011 | Vertical Fire Safe File | Construction | 100124 VERTICAL FIRE SAFE FILE | 2,159.25 | 0.00 | 2,159.25 |
| 16140 | 12/13/2011 | Cabinets | Construction | 100805 Oak Manual Cabinets - C | 2,805.00 | 0.00 | 2,805.00 |
| 16140 | 12/13/2011 | Cabinets | Construction | 100805 Oak Manual Cabinets - M | 3,000.00 | 0.00 | 3,000.00 |
| **16140 Total** | | | | | | | 136,776.79 |
| 16145 | 3/31/2011 | Installation of servers | Construction | NAES Import | 16,320.00 | 0.00 | 16,320.00 |
| 16145 | 10/7/2011 | Dell MD 1200 Server | Construction | 100036 DELL MD1200 SERVER | 5,729.99 | 0.00 | 5,729.99 |
| 16145 | 10/7/2011 | Server Labor | Construction | 100036 LABOR FOR SERVER INSTAL | 800.00 | 0.00 | 800.00 |
| 16145 | 9/30/2021 | Dell Optiplex 3070 (9) | Cyber Security | 100036 Dell Optiplex 3070 Desk | 16,598.70 | 0.00 | 16,598.70 |
| 16145 | 9/30/2021 | Dell Latitude 5500 (7) | Cyber Security | 100036 Dell Latitude 5500 Lapt | 18,790.10 | 0.00 | 18,790.10 |
| 16145 | 9/30/2021 | Dell Latitude Semi-Rugged Laptop | Cyber Security | 100036 Dell Latitude Semi Rugg | 3,284.20 | 0.00 | 3,284.20 |
| 16145 | 9/30/2021 | Axis M2025-LS Network Camera (2) | Cyber Security | 100036 Solar Camera System Install & Configuration | 22,398.00 | 0.00 | 22,398.00 |
| 16145 | 9/30/2021 | Video Server(Cameras) - Power Edge R540 | Cyber Security | 100036 Dell Rack Mount Server | 17,584.00 | 0.00 | 17,584.00 |
| 16145 | 9/30/2021 | DELL R440 - SEC SRV(Ivanti/Security & Gas Moni | Cyber Security | 100036 Ivanti Server | 10,984.00 | 0.00 | 10,984.00 |
| **16145 Total** | | | | | | | 112,488.99 |
| 16150 | 4/30/2011 | Dynamics Installation | Construction | NAES Import | 1,751.25 | 0.00 | 1,751.25 |
| 16150 | 6/10/2011 | Maximo Installation | Construction | 100258 Asset Partners | 17,595.00 | 0.00 | 17,595.00 |
| 16150 | 6/15/2011 | Dynamics Installation | Construction | 100087 QUEUE ASSOCIATES INC. | 1,619.76 | 0.00 | 1,619.76 |
| 16150 | 6/15/2011 | Dynamics Installation | Construction | 100087 QUEUE ASSOCIATES INC. | 3,900.00 | 0.00 | 3,900.00 |
| 16150 | 6/23/2011 | Dynamics Installation | Construction | 100087 QUEUE ASSOCIATES INC. | 1,852.50 | 0.00 | 1,852.50 |
| 16150 | 7/7/2011 | Dynamics Installation | Construction | 100087 QUEUE ASSOCIATES INC. | 1,170.00 | 0.00 | 1,170.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16150 | 1/31/2012 | Ventyx Software | Construction | Move Ventyx to Software | 42,600.00 | 0.00 | 42,600.00 |
| 16150 | 2/29/2012 | Maximo Licenses | Construction | Additional Maximo Licenses | 9,480.00 | 0.00 | 9,480.00 |
| 16150 | 2/29/2012 | Maximo Installation | Construction | Additional Maximo Install Labor | 3,525.00 | 0.00 | 3,525.00 |
| 16150 | 2/7/2012 | Installation of Fuelworx | Construction | 100510 SunGard Energy Systems, | 26,978.05 | 0.00 | 26,978.05 |
| 16150 | 3/31/2012 | Installation of Fuelworx | Construction | 100510 SunGard Energy Systems, | 15,322.12 | 0.00 | 15,322.12 |
| 16150 | 4/30/2012 | Installation of eSOMS | Construction | 100818 Ventyx | 22,500.00 | 0.00 | 22,500.00 |
| 16150 | 5/31/2012 | Rosemount Licensing Software | Construction | 100303 Emerson | 4,602.98 | 0.00 | 4,602.98 |
| 16150 | 7/24/2012 | eSOMS Ventyx Software | Construction | 100818 Ventyx | 4,564.18 | 0.00 | 4,564.18 |
| 16150 | 7/24/2012 | eSOMS Ventyx Software | Construction | 100818 Ventyx | 1,378.66 | 0.00 | 1,378.66 |
| 16150 | 7/24/2012 | eSOMS Ventyx Software | Construction | 100818 Ventyx | 22,500.00 | 0.00 | 22,500.00 |
| 16150 | 7/24/2012 | Installation of Fuelworx | Construction | 100510 SunGard Energy Systems, | 7,087.50 | 0.00 | 7,087.50 |
| 16150 | 8/6/2012 | NERC Compliance Software | Construction | 100860 NERC Compliance | 27,500.00 | 0.00 | 27,500.00 |
| **16150 Total** | | | | | | | 215,927.00 |
| 16155 | 4/30/2011 | Office Phone System - NAES | Construction | NAES Import | 33,563.24 | 0.00 | 33,563.24 |
| **16155 Total** | | | | | | | 33,563.24 |
| 16165 | 7/29/2011 | CAT 262 Skid Steer Loader | Construction | 100139 CAT 262 Skid Steer Load | 47,788.14 | 0.00 | 47,788.14 |
| 16165 | 8/8/2011 | 613C Water Wagon | Construction | 100139 Holt Cat | 242,307.44 | 0.00 | 242,307.44 |
| 16165 | 8/8/2011 | Hydraulic Excavator 342DL | Construction | 100139 Holt Cat | 249,783.67 | 0.00 | 249,783.67 |
| 16165 | 10/7/2011 | Caterpillar D9T Tractor | Construction | 100139 CATERPILLAR D9T TRACTOR | 904,225.00 | 0.00 | 904,225.00 |
| 16165 | 2/28/2012 | D-8 Blade | Construction | 100139 ASSEMBLY AND INSTALL ON | 2,400.00 | 0.00 | 2,400.00 |
| 16165 | 2/28/2012 | D-8 Blade | Construction | 100139 FREIGHT FOR BLADE DELIV | 685.00 | 0.00 | 685.00 |
| 16165 | 2/28/2012 | D-8 Blade | Construction | 100139 TRAVEL FOR INSTALL | 525.00 | 0.00 | 525.00 |
| 16165 | 2/28/2012 | D-8 Blade | Construction | 100139 USED D9T SEMI U BLADE C | 35,000.00 | 0.00 | 35,000.00 |
| 16165 | 5/31/2012 | Brush Mower Attachment | Construction | Attachments Direct | 5,495.00 | 0.00 | 5,495.00 |
| 16165 | 9/30/2014 | Caterpillar D9R Tractor | Operations | Trade in With Holt Cat | 435,000.00 | 0.00 | 435,000.00 |
| **16165 Total** | | | | | | | 1,923,209.25 |
| 16170 | 7/15/2011 | 2003 Suzuki Mini-Truck | Construction | 100280 Ark-La-Tex Mini Trucks | 7,400.00 | 0.00 | 7,400.00 |
| 16170 | 9/28/2011 | 6.5'X12' DSP PIPE TRAILER | Construction | 1021 6.5'X12' DSP PIPE TRAILER | 1,300.00 | 0.00 | 1,300.00 |
| **16170 Total** | | | | | | | 8,700.00 |
| **Grand Total** | | | | | | | 3,081,047.25 |

EXHIBIT Schedule B / Question 73

## Summary of Insurance

| Coverage | 2020-21 Program (10/1 renewal) | | | | 2021-22 Program | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Carrier/Broker | Limits | Premium | TRIA[1]? | Carrier/Broker | Limits | % Increase | Premium | TRIA? |
| Property (power plants, office buildings) | FM Global | TIV | $2,659,010 | No | FM Global (Miller plant not covered) | TIV | 10% | $2,924,911 | No |
| Property (substations, microwave comm., inland marine, misc.) | Federated (2 year term expiring in 2021) | $100M | $780,902 | Yes | Federated (2 year term: 2021-2023) | $100M | 5% | $816,607 | Yes |
| Auto Liability & Physical Damage | | $2M | $115,269 | | | $2M | 21% | $139,704 | |
| Crime | | $4M | $6,750 | | | $4M | 0% | $6,750 | |
| Electromagnetic Field Liability | | $1M | $3,060 | | | $1M | 2% | $3,121 | |
| Cyber | | $1M | $12,000 | | | $1M | 0% | $12,000 | |
| General Liability | | $2M | $114,232 | | | $2M | 7% | $121,985 | |
| Umbrella Primary | | $30M | $107,360 | | | $30M | 12% | $120,176 | |
| Fees | | NA | $752 | | | N/A | 25% | $940 | |
| Directors & Officers ("D&O") | Cincinnati / Nitsche | $10M | $47,546 | Yes | Cincinnati / Nitsche | $20M | 166% | $196,050 | Yes |
| D&O - Excess | One Beacon / Nitsche | $10-20M | $26,060 | Yes | | | | | |
| D&O - 12 Month Extended Reporting Period | N/A | N/A | N/A | N/A | Cincinnati / Nitsche | $10M | N/A | $35,660 | Yes |
| Umbrella - Excess 1 | Everest / Nitsche (wildfire exclusion) | $30-45M | $99,750 | Yes | Everest / Nitsche (NO wildfire exclusion) | $30-45M | 12% | $111,745 | No |
| Umbrella - Excess 2 | Lexington / Nitsche (wildfire exclusion) | $45-50M | $31,500 | No | Lexington / Nitsche (wildfire exclusion) | $45-50M | 17% | $36,724 | No |
| Workers Compensation | Texas Mutual / Nitsche | $1M | $220,175 | N/A | Texas Mutual / Nitsche | $1M | 12% | $246,978 | N/A |
| Pollution Liability | Philadelphia / Nitsche (3 year term thru 10/1/2022, $219,046 premium) | $25M | N/A | Yes | Philadelphia / Nitsche (3 year premium already paid) | $25M | N/A | N/A | Yes |
| Broker (to manage FM Global relationship) | N/A | N/A | N/A | N/A | McGriff (contract eff. July 2021) | N/A | N/A | $75,000 | N/A |
| **Total:** | | | **$4,224,366** | | | | **15%** | **$4,848,351** | |

[1] TRIA = Terrorism Risk Insurance Act coverage



**CONFIDENTIAL**

**EXHIBIT**

**SCHEDULE G - Executory Contracts**

| | NAME OF COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT | DATE |
|---|---|---|---|---|
| 1 | Peabody COALSALES, LLC | 701 Market Street, St. Louis, MO 63101 | Master Coal Supply Agreement between Peabody and Sandy Creek Energy Assoc., LP,BSCEC and Lower Colorado River Authority | 2/27/2014 |
| 2 | Arch Coal Sales Company, Inc. individuallky and as agent for the independent operating subsidiaries of Arch Coal, Inc. | One City Place Drive, Suite 300, St. Louis, MO 63141 | Master Coal Purchase and Sale Agreement between Arch Coal and BSCEC, Lower Colorado River Authority and Sandy Creek Energy Assoc., LP | 11/09/2011 and as amended 10/03/2013 |
| 3 | Cloud Peak Energy Resources LLC | 385 Interlocken Crescent, Suite 400, Broomfield, CO 80021 | CPE #2485 Confirmation Letter pursuant to the Master Coal Puchase and Sale Agreement between Sandy Creek Energy Associates,LP, BSCEC, Lower Colorado River Authority and Cloud Peak Energy Resources, LLC | 12/21/2016 |
| 4 | Bluegrass Commodities, LP | c/o Javelin Global Commodities, 7 Howick Place, London SW1P 1BB | Coal Purchase and Sale Agreement (SCES Ref. SCS-BG 2021-4#) between Bluegrass Commodities and Sandy Creek Services, LLC as agent for Sandy Creek Energy Assoc. LP and BSCEC and Lower Colorado River Authority | 3/25/2021 |
| 5 | Peabody COALSALES, LLC | 701 Market Street, St. Louis, MO 63101 | Confirmation 2021-3  pursuant to Master Coal Supply Agreement between Peabody and Sandy Creek Services, LLC as agent for Sandy Creek Energy Assoc. LP, BSCEC and Lower Colorado River Authority | 2/23/2021 |
| 6 | Peabody COALSALES, LLC | 701 Market Street, St. Louis, MO 63101 | Confirmation 2021-4  pursuant to Master Coal Supply Agreement between Peabody and Sandy Creek Services, LLC as agent for Sandy Creek Energy Assoc. LP, BSCEC and Lower Colorado River Authority | 3/24/2021 |
| 7 | Cloud Peak Energy Resources LLC | Attn: Contract Administration,  385 Interlocken Crescent, Suite 400 Broomfield, CO 80021 | Master Coal Purchase and Sale Agreement between Cloud Peak and Sandy Creek Energy Assoc.LP, BSCEC and Lower Colorado River Authority | 5/30/2013 |

**EXHIBIT**

## SCHEDULE G - Executory Contracts

| | | | |
|---|---|---|---|
| 8 | Bluegrass Commodities, LP | c/o Javelin Global Commodities, 7 Howick Place, London SW1P 1BB | Coal Purchase and Sale Agreement (SCES Ref. #) between Bluegrass Commodities and Sandy Creek Services, LLC, BSCEC and Lower Colorado River Authority | 2/23/2021 |
| 9 | NAES Corporation | Attn: General Counsel; 1180 NW Maple St., Suite 200, Issaquah WA 98027 | Plant Operation and Maintenance Agreement between NAES and Sandy Creek Energy Assoc. LP, BSCEC and Lower Colorado River Authority | 7/2/2010 "as amended and restated" |
| 10 | Crimson Engineering Solutions, LLC d/b/a Certrec Corporation | 6100 Western Place, Suite 1050, Fort Worth, TX 76107<br>Certrec Corp., 6100 Western Place, Ste. 1050, Ft. Worth, TX 76107 | Amended and Restated Professional Services Agreement between Sandy Creek Services, LLC as agent for BSCEC and Crimson Engineering | 5/14/2014 |
| 11 | Sterns Conrad and Schmidt Consulting Engineers, Inc. dba SCS Engineers | 1901 Central Drive, Suite 550, Bedford, TX 76021 | Professional Services Agreement between Sandy Creek Services, LLC as agent for the Owner (BSCEC) and SCS Engineers | 9/29/2020 |
| 12 | Burns & McDonnell Engineering Company, Inc. | 1431 Opus Place, Suite 400, Downers Grove, IL 60515 | Professional Services Agreement between NAES Corporation as agent for BSCEC and Burns & McDonnell Engineering Company, Inc. | 7/18/2014 |
| 13 | Power Max Consulting, Inc. | 6834 Third St., Lanham, MD 20706-1020 | Professional Services Agreement between NAES Corporation as agent for BSCEC and Power Max Consulting, Inc. | 12/23/2014 |
| 14 | Union Pacific Railroad Company | 1400 Douglas Street, Omaha, NE 68179 | Master Contract  UP-57611 between BSCEC ,Lower Colorado River Authority and Sandy Creek Energy Assoc. LP | 12/1/2020 |
| 15 | Sargent & Lundy, LLC | Attn: Brian Faga, 55 E. Monroe Street, Chicago, IL 60603 | Agreement between NAES Corporation as agent for owners (BSCEC) and Sargent & Lundy, LLC - Work Authorization SCES 20-3976 | 5/5/2014 |
| 16 | Tenaska Power Services Co. | 300 E. John Carpenter Frwy, Suite 1100, Irving, TX 75062 | Master Qualified Scheduling Entity Services Agreement between Tenaska Power Services and BSCEC, Lower Colorado River Authority and Sandy Creek Energy Assoc. LP | 6/21/2021 |
| 17 | Waste Management National Services, Inc. | 720 E. Butterfield Rd., Lombard, IL 60148 AND Chief Legal Office, 800 Capital St., Houston, TX 77002 | Coal Ash Sale Agreement between Waste Management and Sandy Creek Energy Assoc. LP, BSCEC and Lower Colorado River Authority | 1/1/2022 |

**EXHIBIT**

**SCHEDULE G - Executory Contracts**

| 18 | Twin Eagle Resource Management, LLC | 8847 West Sam Houston Parkway North, Houston, TX 77040 | Master Qualified Scheduling Entity Services Agreement between Twin Eagle Resource Management and BSCEC, Lower Colorado River Authority and Sandy Creek Energy Assoc., LP | 2/28/2013 |
|----|----|----|----|----|
| 19 | Sandy Creek Services, LLC | c/o LS Power Development,LP,Two Tower Center, 11th Fl. East Brunswick, NJ 08816 | Project Management Agreement between Sandy Creek Services, BSCEC and Sandy Creek Energy Associates LP | 8/29/2007 |
| 20 | City of Waco | | Reclaimed Water and Raw Water Supply Agreement between The City of Waco and Sandy Creek Energy Assoc., LP as agrent BESCE | 1/1/2004 |
| 21 | Waste Management National Services, Inc. | 720 Butterfield Rd., Suite 400, Lombard, IL 60148 | Agreement to Furnish Maintenance and Construction Services between Sandy Creek Sevices, LLC as agent for BSCEC and Waste Management National Services | 12/15/2018 |
| 22 | WL Ross Greenbrier Rail I LLC | c/o Greenbrier Mgmt Services LLC, One Centerpoint Dr., Ste 400, Lake Oswego, OR 97035 | Master Full Service Railcar Lease between WL Ross Greenbrier Rail I LLC and Sandy Creek Energy Asso. LP, Lower Colorado River Authority and BSCEC | 11/2/2011 |
| 23 | Helm-Pacific Leasing | c/o Helm Pacific Corp., 505 Sansome St., Ste 1800, San Francisco,CA 94111 | Full Maintenance Lease Agreement between Helm-Pacific Leasing and Sandy Creek Energy Assoc. LP, BSCEC and Lower Colorado River Authority | 3/30/2011 |
| 24 | Trinity Industries Leasing Company | 2525 Stemmons Freeway, Dallas, TX 75207 | Railroad Car Lease Agreement between Trinity Industries and Sandy Creek Energy Assoc. LP, Lower Colorado River Authority and BSCEC | 1/1/2015 |
| 25 | Yetter Coleman, LLP (counsel for SCEA and SCS) | | Joint Defense, Common Interest and Confidentiality Agreement Concerning Potential and Pending Litigation and Liabilities Assoc w/the Sandy Creek Energy Station | 5/24/2021 |
| | Segrest & Segrest, PC (counsel for BSCEC) | c/o Philip Segrest | Joint Defense, Common Interest and Confidentiality Agreement Concerning Potential and Pending Litigation and Liabilities Assoc w/the Sandy Creek Energy Station | |

**EXHIBIT**

## SCHEDULE G - Executory Contracts

| | | | | |
|---|---|---|---|---|
| | Norton Rose Fulbright US, LLP (counsel for BSCEC) | | | |
| | Tom Oney, Raul Garcia and Fred Sultan (counsel for LCRA) | | | |
| | William H. Wilson, Esq. | | | |
| | Ron Fischer (counsel for SCEA) | | | |
| | David J. Sass (counsel for SCS) | | | |
| 26 | Vinson & Elkins LLP (counsel for SCEA and SCS) | | Joint Defense Common Interest and Confidentiality Agreement concerning Potential Environmental Rgulatory Liabilities Associated w/the Sandy Creek Energy Station | 10/30/2019 |
| | Guida Slavich & Flores, PC (consel for BSCEC) | | | |
| | Segrest & Segrest, PC (counsel for BSCEC) | 28015 West Hwy 84, McGregor,TX 76657 | | |
| | Tom Oney, Raul Garcia and Patti Hershey (counsel for LCRA) | | | |
| | William H. Wilson, Esq. (counsel for SCEA) | | | |
| | Ron Fischer (counsel for SCEA) | | | |
| | David J. Sass (counsel for SCS) | | | |
| 27 | Brazos Electric Power Cooperative, Inc. | Attn: VP of Power Supply and Generation, 2404 LaSalle Avenue/PO Box 2585, Waco,TX 76702-2585 | Agreement for Purchase and Sale of S02 Emission Allowances between Brazos Electric Power and BSCEC | 10/1/2013 |
| 28 | Brazos Electric Power Cooperative, Inc. | Attn: VP of Power Supply and Generation, 2404 LaSalle Avenue/PO Box 2585, Waco,TX 76702-2585 | Agreement for the Purchase and Sale of Annual Nox Emission Allowances between Brazos Electric Power Cooperative Inc. and BSCEC | 10/1/2013 |
| 29 | Brazos Electric Power Cooperative, Inc. | Attn: Accounting Dept., 2404 LaSalle Avenue, Waco, TX 76762 | Master Agreement for the Purchase and Sale of Emission Allowances Brazos Electric Power Cooperative Inc. and BSCEC | 10/1/2013 |
| 30 | Brazos Sandy Creek Electric Cooperative Inc. | 2404 LaSalle Avenue, Waco, TX 76706, Attn: Exec. VP and General Mgr. | Power Purchase Agreement between Brazos Sandy Creek Electric Cooperative Inc. and Brazos Electric Power Cooperative Inc. | 9/1/2008 |

**EXHIBIT**

**SCHEDULE G - Executory Contracts**

| 31 | Brazos Electric Power Cooperative, Inc. | 2404 LaSalle Avenue, Waco, TX 76706, Attn: Exec. VP and General Mgr. | Corporate Services Agreement between Brazos Electric Power Cooperative, Inc. and BSCEC | | 8/1/2007 |