IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | CHAPTER 7 CASE |
| BRAZOS SANDY CREEK ELECTRIC COOPERATIVE, INC., | § § § § | CASE NO. 22-30682-DRJ |
| Debtor. | § § | |

### DEBTOR'S NOTICE OF FILING AMENDED CREDITOR MATRIX
### (ADDING CREDITORS)

**PLEASE TAKE NOTICE** that on March 18, 2022, Brazos **Sandy Creek Electric Cooperative, Inc.** ("Debtor" or "Brazos Sandy Creek") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2022, the Debtor filed an Amended Creditor Matrix adding creditors to its matrix. A copy of the Amended Creditor Matrix listing the parties added is attached hereto as **Exhibit A**.

Dated: April 19, 2022

RESPECTFULLY SUBMITTED,

LANGLEY & BANACK, INCORPORATED
Suite 700, Trinity Plaza II
745 East Mulberry
San Antonio, TX 78212-3166
Telephone: (210)-736-6600
Fax: (210) 735-6889

By:  */s/ David S. Gragg*
DAVID S. GRAGG
Texas State Bar No. 08253300
ALLEN M. DeBARD
Texas State Bar No. 24065132
NATALIE WILSON
Texas State Bar No. 24076779

ATTORNEYS FOR DEBTOR, BRAZOS SANDY CREEK ELECTRIC COOPERATIVE, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on April 19, 2022, I caused a copy of the foregoing document to be filed by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. I further certify that on April 19, 2022, I caused a copy of the foregoing document to be served as indicated:

(i)     all parties receiving ECF in this case and all parties requesting notice;
(ii)    parties listed below by ECF and First Class Mail;
(iii)   all parties added to the Debtor's matrix as listed on the attached by First-Class U.S. Mail, postage prepaid.

<u>Chapter 7 Trustee</u>
Janet S. Casciato-Northrup
Hughes Watts and Askanase
1202 Louisiana, 28th Floor
Houston, TX 77002

<u>Attorneys for the Chapter 7 Trustee</u>
Wayne Kitchens
Heather McIntyre
Hughes Watterss and Askananse LLP
1202 Louisiana, 28th Floor
Houston, TX 77002

Office of the United States Trustee
for the Southern District of Texas
515 Rusk Street, Suite 3516
Houston, Texas 77002
Via ECF

United States Attorney's Office
for the Southern District of Texas
Wells Fargo Plaza
1000 Louisiana, Suite 2300
Houston, Texas 77002

                                                   */s/ David S. Gragg*
                                                 David S. Gragg

# EXHIBIT A
## ADDED CREDITORS

Debtor(s): Brazos Sandy-Creek Electric Cooperative, Inc.   Case No.: 22-30682 (DRJ)   SOUTHERN DISTRICT OF TEXAS
Chapter: 7   HOUSTON DIVISION

| | | |
|---|---|---|
| A2/Falls Bull Creek, LLC, et al<br>c/o HMG LLP<br>719 S Shoreline Blvd<br>Corpus Christi, TX 78401 | Argelis E. Sapio, Alex Ledezma,<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Belinda Hubbard, Indv & et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Ademero, Inc.<br>4798 S. Florida - Ste. 331<br>Lakeland, FL 33813 | Arti Patel & Neha Patel both In<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Bluegrass Commodities LP<br>c/o Javelin Global Commoditie<br>7 Howick Place<br>London SW1P 1BB UK |
| ALF P-III, Inc.<br>c/o Residco<br>70 W Madison<br>Chicago, IL 60602 | Arvos Ljungstrom LLC<br>3020 Truax Road<br>Wellsville, NY 14895 | Boyet Abito, et al.<br>c/o Napoli Shkolnik<br>3001 Esperanza Crossing, Suit<br>Austin, TX 78758 |
| All-State Belting, LLC.<br>dba All-State Belting Co.<br>520 South 18th Street<br>West Des Moines, IA 50265 | Ashley Clinton as Rep Est Aundr<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Brandon Boucher and Erin Bouc<br>c/o Spagnoletti Law Firm<br>401 Louisiana St 8th fl<br>Houston, TX 77002 |
| Alliance Electrical Group LLC<br>2629 Franklin Ave<br>Waco, TX 76710 | Asset Partners, Inc.<br>1220 W. Morse Ave suite 210<br>Chicago, IL 60626 | Brenda Flowers, Indv, et al.<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Amanda Segundo, Andrew Segundo,<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | August Jaehne, Indiv & et al<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 | Brenda Johnson<br>c/o Spagnoletti Law Firm<br>401 Louisiana St 8th fl<br>Houston, TX 77002 |
| Ambrea Jones & Timothy Jones, J<br>c/o Spagnoletti Law Firm<br>401 Louisiana St 8th fl,<br>Houston, TX 77002 | Babcock Power Services Inc.<br>26 Forest Street, Suite 300<br>Marlborough, MA 01752 | Brian Labbe<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| American Pulverizer Company<br>1319 Macklind Ave<br>Saint Louis, MO 63110 | Barbara Butler<br>c/o Manginello Law Firm<br>1776 Yorktown Suite 450<br>Houston, TX 77056 | Bryan Hose & Gasket, Inc.<br>P.O. Box 2320<br>Bryan, TX 77806 |
| Angela Martinez, Indv, et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Bay Oaks IV, LP, et al.<br>c/o Hillard Martinez Gonzalez L<br>719 S Shoreline Blvd<br>Corpus Christi, TX 78401 | Burns & McDonnell Engineering<br>1431 Opus Place, Suite 400<br>Downers Grove, IL 60515 |
| Aquatech International LLC<br>One-Four Coins Drive<br>Homestead, PA 15120 | BD Holt CO DBA Holt Texas LTD<br>PO Box 911975<br>Dallas, TX 75391 | BWM Services LP<br>PO Box 176<br>Caldwell, TX 77836 |

Case 22-30682   Document 62   Filed in TXSB on 04/19/22   Page 5 of 11

Debtor(s): Brazos Sandy-Creek Electric Cooperative, Inc.    Case No: 22-30682 (DRJ)    SOUTHERN DISTRICT OF TEXAS
Chapter: 7                                                                              HOUSTON DIVISION

C.A.S.S. Transport LLC
116 Live Oak Ln
Riesel, TX 76682

Cohn & Gregory Supply, LLC
PO Box 671435
Dallas, TX 75267

Diane Jamerson, Indiv & et al
Rad Law Firm
8001 Lyndon B Johnson Fwy - S
Dallas, TX 75251

C.P. Environmental, LLC
1336 Enterprise Drive
Romeoville, IL 60446

Colinda Meza, Indiv & et al.
c/o Guerrero & Whittle, PLLC
2630 Exposition Blvd #102
Austin, TX 78703

Dimitri Beck
c/o Spagnoletti Law Firm
401 Louisiana St 8th fl
Houston, TX 77002

Charles Lindsey, Indiv, et al.
c/o Mostyn Law
3810 W Alabama St
Houston, TX 77027

Crimson Engineering Soluctions,
d/b/a Certrec Corporation
6100 Western Place, Suite 1050
Ft. Worth, TX 76107

Dolores Jackson, Indiv & Est.
c/o Arnold & Itkin LLP
3615 N Hall St
Dallas, TX 75219

Christopher Burton
c/o Spagnoletti Law Firm
401 Louisiana St 8th fl
Houston, TX 77002

D. Reynolds Company dba The Rey
2680 Sylvania Cross Dr.
Ft. Worth, TX 76137

Dominique Fisher, Indv, et al
c/o Spagnoletti Law Firm
401 Louisiana St 8th fl
Houston, TX 77002

Christopher Trujillo, Indv & et
c/o Mostyn Law
3810 W Alabama St
Houston, TX 77027

Dale Patterson, Indv, et al.
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Donna Boatright, Indiv & et a
c/o Arnold & Itkin LLP
3615 N Hall St
Dallas, TX 75219

Cindy Dietiker, Indv, et al.
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Daniel and Beryl Robinson, Indv
The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Dustye Billiott, Indiv & et a
c/o Mostyn Law
3810 W Alabama St
Houston, TX 77027

City of Riesel
P.O. Box 249
104 N. Hwy 6
Riesel, TX 76682

Danny Martin, Indv, et al.
c/o Mostyn Law
3810 W Alabama St
Houston, TX 77027

Eco-Tech
156 Hickory Springs
Industrial Drive
Canton, GA 30115

City of Waco-Water Utility Serv
P.O. Box 2570
Waco, TX 76702

Darla R. Hogan, Indv et al.
c/o Hillard Martinez Gonzalez L
719 S Shoreline Blvd
Corpus Christi, TX 78401

Edward Restoration, LLC
c/o Greene Law Firm, P.C
1616 S. Chestnut St.
Lufkin, TX 75901

Cloud Peak Energy Resources LLC
385 Interlocken Crescent, #400,
Broomfield, CO 80021

Demeatrel Boles, et al.
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Eggelhof Inc.
3617 Brazos Ave.
Odessa, TX 79764

Clyde Industries, Inc.
4015 Presidential Parkway
Atlanta, GA 30340

Derrick Jones, Indv, et al.
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Ellaine Cook
c/o Spagnoletti Law Firm
401 Louisiana St 8th fl
Houston, TX 77002

Case 22-30682 Document 62 Filed in TXSB on 04/19/22 Page 6 of 11

Debtor(s): Brazos Sandy Creek Electric Cooperative, Inc. Case No. 22-30682 (DRJ) SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
Chapter: 7

| | | |
|---|---|---|
| Emerson Process Management<br>15740 Park Row<br>Houston, TX 77084 | Felicia Loyd & Deidre Moss, et<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Gilberto Garcia, Jr., et al<br>c/o Law Offices of Douglas A.<br>1313 Oates Dr<br>Mesquite, TX 75150 |
| Emory Industrial Services, Inc.<br>1501 NE Broadway Ave., Suite 1<br>Des Moines, IA 50313 | Fernando Ramirez, Indiv, et al<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 | Glenda Coleman, Indv, et al<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 |
| Energy Transfer Partners, LP<br>dba Energy Transfer Fuel, LP<br>P.O. Box 951439<br>Dallas, TX 75395 | Finch Environmental, Inc.<br>P.O. Box 539<br>Payson, UT 84651 | Glenda Willis, Indv & a/n/f o<br>c/o Mostyn Law<br>3810 W Alabama St,<br>Houston, TX 77027 |
| Engineered Pump Services Inc.<br>624 Perkins Drive<br>Mukwonago, WI 53149 | Flanders Electric, Inc.<br>dba Flanders CR Aquisition<br>901 Harrison Road<br>Longview, TX 75601 | Glenn Gidseg and Ronnie Harri<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Ernest Anim, et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Floyd Furlow, Cenetta Ann Furlo<br>c/o The Potts Law Firm, LLP<br>2911 Turtle Creek Blvd #1000<br>Dallas, TX 75219 | Gloria A. Anderson et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Ernest Peterman, Indv, et al<br>Arnold & Itkin, LLP<br>3615 N Hall St<br>Dallas, TX 75219 | Focus Environmental, Inc.<br>4700 Papermill Dr.<br>Knoxville, TN 37909 | Guy Edward Stone<br>c/o Ketterman Rowland & Westl<br>16500 San Pedro, Ste. 302<br>San Antonio, TX 78232 |
| Explosive Professionals, Inc.<br>P.O. Box 1885<br>Humble, TX 77347 | Frontier Waste, LLC<br>2323 Bryan St., Ste. 2620<br>Dallas, TX 75201 | Hayday, Inc. DBA CTWP<br>3730 Franklin Ave<br>Waco, TX 76710 |
| Fastenal Company<br>1904 S. Texas Avenue<br>Joliet, IL 60436 | FS Holdings, Inc. dba Allied Sa<br>P.O. Box 6116<br>Austin, TX 78762 | Helm Pacific Leasing<br>c/o Helm Pacific Corp.<br>505 Sansome St. #1800<br>San Francisco, CA 94111 |
| Federal Express - EXPRESS MAIL<br>P.O. Box 660481<br>Dallas, TX 75266 | Genesis Systems Inc.<br>2663 Marquis Drive<br>Garland, TX 75042 | Henek Manufacturing Inc.<br>9700 Almeda Genoa Rd.<br>Bldg. 601<br>Houston, TX 77075 |
| Federal Express - FREIGHT<br>Dept. CH - P.O. Box 10306<br>Palatine, IL 60055 | Gibana Ramirez, Indv, et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Hensel Electric Company<br>501 Towne Oaks Dr.<br>Waco, TX 76710 |

Case 22-30682 Document 62 Filed in TXSB on 04/19/22 Page 7 of 11

Debtor(s): Brazos Sandy Creek Electric Cooperative, Inc.    Case No. 22-30682 (DRJ)    SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
Chapter: 7

| | | |
|---|---|---|
| Herlinda Trujillo<br>c/o Spagnoletti Law Firm<br>401 Louisiana St 8th fl<br>Houston, TX 77002 | Jane Doe et al<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 | Kenneth Busby, et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Howden USA Company<br>2475 George Urban Blvd.<br>Suite 120<br>Depew, NY 14043 | Janice Renee Winston, Indiv & e<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Austin, TX 78758 | Laredo Apartments I, LLC<br>c/o Hillard Martinez Gonzalez<br>719 S Shoreline Blvd<br>Corpus Christi, TX 78401 |
| IHI, Inc.<br>2500 Citywest Blvd Suite 300<br>Houston, TX 77042 | Jason Boland<br>Norton Rose Fulbright US LLP<br>1301 McKinney St., Ste 5100<br>Houston, TX 77010 | Latitude 6400, LLC, Terrain M<br>c/o HMG LLP<br>720 S Shoreline Blvd<br>Corpus Christi, TX 78401 |
| Ileana Alvarez<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Jesus Rodriguez, Indv, et al<br>c/o Kherkher Garcia<br>2925 Richmond Ave, Suite 1560<br>Houston, TX 77098 | Latricia Hagan et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Industrial Refractory Services,<br>2300 S Main Street<br>Fort Worth, TX 76110 | John Greenhaw<br>c/o Daly & Black, P.C.<br>2211 Norfolk St #800<br>Houston, TX 77098 | Laura Woodring, et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Infor (Canada), LTD. c/o T2753<br>250 Ferrand Drive<br>Toronto, ON M3C 3G8 | John Pafford, Indv, et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Lectrodryer, LLC<br>135 Quality Drive<br>Richmond, KY 40475 |
| Integrated Power Services, LLC<br>1245 N. Hearne Avenue<br>Shreveport, LA 71107 | Joseph D. Davis III<br>Greenberg Traurig, LLP<br>One International Place, Suite<br>Boston, MA | Lhoist North America of Texas<br>5600 Clearfork Main St #300<br>Fort Worth, TX 76109 |
| ISCOLA, Inc.<br>11612 Sunbelt Court<br>Baton Rouge, LA 70809 | Katheryn McCoy, Indv & et al<br>c/o Mostyn Law<br>3810 W Alabama St<br>Houston, TX 77027 | Linda Brown, Indiv./Next Kin<br>c/o Fears Nachawati<br>5489 Blair Rd<br>Dallas, TX 75231 |
| Ivet Nazario, Indiv & et al<br>c/o The Potts Law Firm, LLP<br>2911 Turtle Creek Blvd #1000<br>Dallas, TX 75219 | Kathy Kamego and Michael Kamego<br>c/o Mostyn Law<br>3810 W Alabama St,<br>Houston, TX 77027 | Linda Davenport<br>c/o Mostyn Law<br>3810 W Alabama St<br>Houston, TX 77027 |
| James Sustala, Indv, et al<br>c/o Mostyn Law<br>3810 W Alabama St<br>Houston, TX 77027 | Kazi Mahboob, Indv, et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Lucia Galvan et al<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |

| | | |
|---|---|---|
| Ludeca, Inc.<br>1425 NW 88th Ave.<br>Doral, FL 33172 | Meco of Texas, LLC.<br>P.O. Box 968<br>Norcross, GA 30091 | Nicale Spencer, et al.<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Lure Apts Dallas, LLC, et al<br>c/o HMG LLP<br>719 S Shoreline Blvd<br>Corpus Christi, TX 78401 | Melissa L. Mauro, & Cindy Simmo<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Nichole Redus, et al.<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |
| Maria Pineda<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Meylan Enterprises, Inc.<br>6225 S. 60th St.<br>Omaha, NE 68117 | Northwest Cascade Inc., dba H<br>10412 John Bananola Way E<br>Puyallup, WA 98374 |
| Maria Torrez, Indiv & et al<br>c/o Mostyn Law<br>3810 W Alabama St<br>Houston, TX 77027 | Michael K. Rjordan<br>Foley & Lardner LLP<br>1000 Louisiana St. Ste 2000<br>Houston, TX 77002 | Office Depot, Inc.<br>6600 North Military Trail<br>Boca Raton, FL 33496 |
| Marmon Industrial Water, LLC<br>30 Technology Dr. Suite 2F<br>Warren, NJ 07059 | Michelle Williams<br>c/o Mostyn Law<br>3810 W Alabama St<br>Houston, TX 77027 | Oscar Pinkas/Nathan Haynes<br>Greenberg Traurig, LLP<br>One Vanderbuilt Ave.<br>New York, NY 10017 |
| Mary Borton, Indiv & et al<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 | Midwest Cooling Towers, Inc.<br>1156 E. HWY 19<br>Chickasha, OK 73018 | OST Services, LLC<br>55 Chapman St<br>Providence, RI 02905 |
| Mary Thames, Robin Crist Faulkn<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Mitsubishi Hitachi Power System<br>546 Martinsville Rd<br>Basking Ridge, NJ 07920 | P.L. Farley, Indiv.& Grover S<br>c/o Zehl & Associates<br>2700 Post Oak Blvd #1000<br>Houston, TX 77056 |
| Mauricio Marin and Daysi Marin<br>c/o Spagnoletti Law Firm<br>401 Louisiana St 8th fl<br>Houston, TX 77002 | Monique Juliangarza, et al.<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Pamela Bunkley, Indv, et al.<br>c/o Abraham Watkins<br>800 Commerce St<br>Houston, TX 77002 |
| McLennan Community College<br>1400 College Drive<br>Waco, TX 76708 | NAES Corporation<br>PO Box 94274<br>Seattle, WA 98124 | Patricia Dillingham, Indv & e<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 |
| Mechanical Dynamics & Analysis<br>19 British American Blvd<br>Albany, NY 12210 | NAES Corporation<br>General Counsel<br>1180 NW Maple St #200<br>Issaquah WA 98027 | Paula Freeney et al.<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 |

Case 22-30682 Document 62 Filed in TXSB on 04/19/22 Page 9 of 11

Debtor(s): Brazos Sandy Creek Electric Cooperative, Inc.   Case No. 22-30682 (DRJ)   SOUTHERN DISTRICT OF TEXAS
Chapter: 7                                                                          HOUSTON DIVISION

Peabody COALSALES, LLC
701 Market Street
St. Louis, MO 63101

Railcar Holdings PAS IV LLC
200 Park Avenue South
New York, NY 10003

Sargent & Lundy, LLC
Attn: Brian Faga
55 E. Monroe St.
Chicago, IL 60603

Pension Benefit Guaranty Corpor
Soo Min Kim/Andrea Wong
1200 K St., NW, Suite 340
Washington, DC 200005

Randy Turner, et al.
c/o Brent Coon & Associates
300 Fannin, Ste 200
Houston, TX 77002

Schenck Process, LLC
810 South Highway
75 PO Box 205
Sabetha, KS 66534

Peter J. Kucera, et al.
c/o The Busbee Law Firm
600 Travis St., Ste 7300
Houston, TX 77002

Reginald Darnell Lacy, Indv, et
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

SCS Engineers
1901 Central Drive, Suite 550
Bedford, TX 76021

Pilgrim International Ltd.
Earl Business Ctr Dowry St.
Etherow Suite, Oldham
Grtr Manchester OL82PF UK

Riverside Rail LLC
c/o Riverside Rail I LLC
845 Larch Avenue
Elmhurst, IL 60126

Sean A. Godon/Curtis L. Tuggl
Thompson Hine LLP
3560 Lenox Rd., Suite 1600
Two Alliance Center
Atlanta, GA 30326-4266

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

Robert Beasley
c/o Arnold & Itkin LLP
3615 N Hall St
Dallas, TX 75219

Shalemu Bekele, Indv, et al.
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Pitney Bowes Global Financial S
PO Box 371887
Pittsburgh, PA 15250

Robert White, et al.
c/o Brent Coon & Associates
300 Fannin, Ste 200
Houston, TX 77002

Sharon Howeth Indiv & Pers Re
c/o Spagnoletti Law Firm
401 Louisiana St 8th fl
Houston, TX 77056

Power & Industrial Services Cor
95 Washington Street
Donora, PA 15033

Ron Williams, Indv. & et al.
c/o Mostyn Law
3810 W Alabama St
Houston, TX 77027

Shea Rodriguez, Indiv & et al
c/o Mostyn Law
3810 W Alabama St
Houston, TX 77027

Power Engineering Services, Inc
9179 Shadow Creek Lane
Converse, TX 78109

Ronan Engineering Company
8050 Production Drive
Florence, KY 41042

Sheba Scott, Shonda M. Jones,
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Power Max Consulting, Inc.
6834 Third St.
Lanhan, MD 20706-1020

Ruben Benavides & Sylvia Benavi
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Shelia Stewart, et al.
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002

Preston Harston as Rep Est of C
c/o The Buzbee Law Firm
600 Travis St, Ste 7300

Sandy Creek Services, LLC
c/o LS Power Development, LP
Two Tower Ctr 11th FL.
East Brunswick, NJ 08816

Shermco Industries, Inc.
2425 E Pioneer Drive
Irving, TX 75061

| | | |
|---|---|---|
| Shrieve Chemical Company, Inc.<br>1755 WOODSTEAD COURT<br>Spring, TX 77380 | Technical Industrial Services<br>924 Sheffield St<br>Cambria, CA 93428 | Tracy Calvert, Indv, & et al.<br>c/o Spagnoletti Law Firm<br>401 Louisiana St 8th fl<br>Houston, TX 77002 |
| Sonya Coleman, Indv et al.<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 | TEi Construction Services, Inc.<br>170 Tucapau Rd<br>Duncan, SC 29334 | Travis Industries, LLC<br>8032 Rendon Bloodworth Rd.<br>Mansfield, TX 76063 |
| SPX Cooling Technologies Inc.<br>7401 W 129th Street<br>Overland Park, KS 66213 | Tenaska Energy, Inc.<br>dba Tenaska Power Services<br>14302 FNB Parkway<br>Omaha, NE 68154 | Trinity Industries Leasing Co<br>2525 Stemmons Frwy<br>Dallas, TX 75207 |
| Standard Laboratories, Inc.<br>1530 North Cullen Ave.<br>Evansville, IN 47715 | Tenaska Power Services Co.<br>300 E. John Carpenter Frwy, Ste<br>Irving, TX 75062 | Twin Eagle Resource Mgmt, LLC<br>8847 West Sam Houston Pkwy N<br>Houston, TX 77040 |
| Star International Inc.<br>250 S. Kings Hwy<br>Texarkana, TX 75504 | Thania Prudencio and Andrea Ave<br>c/o The Buzbee Law Firm<br>600 Travis St, Ste 7300<br>Houston, TX 77002 | Union Pacific Railroad Co<br>1400 Douglas Street<br>Omaha, NE 68179 |
| Sterns Conrad & Schmidt Consult<br>1901 Central Drive, Suite 550<br>Bedford, TX 76021 | The EADS Company<br>13843 N. Promenade Blvd.<br>Suite 100<br>Stafford, TX 77477 | United Conveyor Corporation<br>dba UCC Environmental<br>2100 Norman Dr.<br>Waukegan, IL 60085 |
| Steven Brown<br>c/o Miller Weisbrod, LLP<br>11551 Forest Central Dr Suite 3<br>Dallas, TX 75243 | Thermo Environmental Instrument<br>27 Forge Parkway<br>Franklin, MA 02038 | United Conveyor Supply Compan<br>2921 Brown Trail<br>Bedford, TX 76021 |
| Steven Napier Ind/Est of S.Napi<br>c/o Arnold & Itkin LLP<br>3615 N Hall St<br>Dallas, TX 75219 | Thompson Industrial Services LL<br>104 N Main Street<br>Sumter, SC 29150 | United Rentals (North America<br>100 Stamford Pl. Ste 700<br>Stamford, CT 06902 |
| Sun Coast Resources, Inc.<br>P.O. Box 202603<br>Dallas, TX 75320 | Toshiba America Energy Systems<br>6623 West Washington Street<br>Milwaukee, WI 53214 | United States Attorney's Offi<br>for Southern District TX<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 |
| Susan Sheridan, Indv, et al<br>c/o Mostyn Law<br>3810 W Alabama St<br>Houston, TX 77002 | Toya Cox, Indv, et al.<br>c/o Mostyn Law<br>3810 W Alabama St<br>Houston, TX 77027 | Valerie Daniels<br>c/o Spagnotti Law Firm<br>401 Louisiana St 8th fl<br>Houston, TX 77002 |

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266



Vinson & Elkins LLP
P.O. BOX 200113
Houston, TX 77216



Vinson Process Controls Co, LP
2747 Highpoint Oaks Drive
Lewisville, TX 75067



Wales Industrial Service, Inc.
220066 Bush Drive
Woodway, TX 76712



Waste Management National Serv
1901 AFTON RD
Houston, TX 77055



Waste Management Natl Serv
720 E. Butterfield Rd.
Lombard, IL 60148



Wells Fargo Rail Corporation
6250 River Road, Suite 5000
Des Plaines, IL 60018



WL Ross Greenbrier Rail I LLC
c/o Greenbrier Mgmt Services LL
One Centerpoint #400
Lake Oswego, OR 97035



Yolanda Campos Espinosa, et al.
c/o The Buzbee Law Firm
600 Travis St, Ste 7300
Houston, TX 77002