| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| **CASE NO.: 22-30682** | **CASE:** Brazos Sandy Creek Electric Cooperative, Inc. |
| **WITNESSES:** | |
| 1) Any witness listed or called by another rother party or needed for rebuttal | **JUDGE:** The Honorable David Jones |
| | **DATE:** April 22, 2022 at 9:15 a.m.<br><br>**NATURE OF PROCEEDINGS:**<br>1. Initial Status Conference |
| | **ATTORNEY'S NAME:**<br>Heather Heath McIntyre, Hughes Watters & Askanase (General Bankruptcy Counsel to Trustee) |
| | **ATTORNEYS' PHONE NO:**<br>Heather Heath McIntyre (713) 328-1920 |
| **PLEADING** | **DOCKET NUMBERS** |
| Initial Status Conference | 64 |

## EXHIBITS

| NO | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|
| 1. | Sandy Creek Structure | | | | |
| 2. | Any exhibits presented by any other party and/or necessary for rebuttal, if any. | | | | |

Dated: April 21, 2022

        Respectfully submitted,

        */s/ Heather Heath McIntyre*
        Wayne Kitchens    TBN 11541110
        wkitchens@hwa.com
        Heather McIntyre    TBN 24041076
        hmcintyre@hwa.com
        HUGHESWATTERSASKANASE, LLP
        Total Plaza
        1201 Louisiana, 28th Floor
        Houston, Texas 77002
        Telephone: (713) 759-0818
        Facsimile: (713) 759-6834
        **ATTORNEYS FOR CHAPTER 11 TRUSTEE, JANET S. NORTHRUP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2022 a true and correct copy of the foregoing document has been served on parties receiving ECF notice via ECF in the above-referenced case.

        */s/ Heather Heath McIntyre*
        Heather Heath McIntyre

# Sandy Creek Structure


MIDDLE RIVER POWER

Middle River Power (MRP) serves a dual role in the Sandy Creek structure:



The team at Sandy Creek Services (SCS) are MRP employees and MRP provides support and oversite under the PMA

**Sandy Creek Services, LLC**

Management Services focused on plant costs, plant maintenance, and facilitate operations

Governed by the Project Management Agreement (PMA)

NAES Contract Operations and Maintenance Agreement →

**Sandy Creek Energy Station 933 MW Coal Plant**

Each owner guides operations through Participation Agreement

Plant Output - MWhs

| LCRA | SCEA | BSCEC |
| 11.13% ~ 104 MWs | 63.87% ~ 596 MWs | 25.00% ~ 233 MWs |

Each entity responsible for directing its own dispatch, collecting revenue, and funding expenses, accounting, and cash management to operate SCES

MRP also provides all asset management services for SCEA and the ownership including energy strategy, finance / accounting, and management under the Participation Agreement.

Middle River Power

EXHIBIT 1