United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.: 22-30682 |
| | § | |
| **BRAZOS SANDY CREEK ELECTRIC** | § | |
| **COOPERATIVE, INC.,** | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY GUIDA, SLAVICH & FLORES, P.C. AS SPECIAL COUNSEL FOR ENVIRONMENTAL MATTERS

(Related to Docket No. __97__)

The Court has considered the *Trustee's Application to Employ Guida, Slavich & Flores, P.C. as Special Counsel for Environmental Matters* (the "Application")[1] filed by Janet S. Northrup, Chapter 11 Trustee of the above-referenced bankruptcy estate (the "Trustee"), any responses thereto, and the argument and authority of counsel. The Court finds that notice of the Application is proper, and the Application is well-founded and should be approved. Accordingly, it is hereby:

ORDERED that the Trustee is authorized pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rules of Bankruptcy Procedure 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1, to retain and employ the Guida, Slavich & Flores, P.C. as special counsel to the Trustee upon the terms and conditions as set forth in the Application with Paul Seals to act as lead counsel on the Environmental Matters as of April 6, 2022; and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

3095677

ORDERED that the Guida, Slavich & Flores, P.C. shall apply for all fees and expenses incurred for its representation relating to the Environmental Matters pursuant to § 328 of the Bankruptcy Code and Bankruptcy Rule 2016; and it is further

ORDERED that the Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: May 09, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:  
Brazos Sandy Creek Electric Cooperative,  
    Debtor

Case No. 22-30682-drj  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: ADIuser | Page 1 of 3
Date Rcvd: May 10, 2022 | Form ID: pdf002 | Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brazos Sandy Creek Electric Cooperative, Inc., 7616 Bagby Avenue, Waco, TX 76712-6924 |
| cr | + | Brazos Electric Power Cooperative, Inc., 7616 Bagby Avenue, Waco, TX 76712-6924 |
| intp | + | Certain Holders of the 6.54% Series 2009A Senior S, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | City of Waco, Midway ISD, c/o Lee Gordon, P.O. Box 1269, Round Rock, TX 78680-1269 |
| intp | + | Lower Colorado River Authority, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: jsn@hwa.com | May 10 2022 20:14:00 | Janet S. Northrup, Hughes Watters Askanase, Total Plaza, 1201 Louisiana Street, 29th Floor, Houston, TX 77002-5607 |
| intp | Email/Text: bcd@oag.texas.gov | May 10 2022 20:14:00 | Public Utility Commission of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections, P.O. Box 12548 MC008, Austin, TX 78711-2548 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Janet Northrup, Chapter 7 Trustee |
| cr | | Computershare Trust Company, N.A. |
| intp | | Electric Reliability Council of Texas, Inc. |
| cr | | McLennan County |
| intp | | Official Committee of Unsecured Creditors for Braz |
| cr | | Pension Benefit Guaranty Corporation |
| cr | | Sandy Creek Energy Associates, L.P. |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf002 | Total Noticed: 7 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Wong | on behalf of Creditor Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov |
| Bruce J Ruzinsky | on behalf of Interested Party Lower Colorado River Authority bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com |
| David S Gragg | on behalf of Debtor Brazos Sandy Creek Electric Cooperative Inc. dgragg@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com;sbrook@langleybanack.com |
| Demetra Liggins | on behalf of Creditor Sandy Creek Energy Associates L.P. dliggins@mcguirewoods.com, morand@mcguirewoods.com |
| Diane Wade Sanders | on behalf of Creditor McLennan County austin.bankruptcy@publicans.com |
| Heather Heath McIntyre | on behalf of Trustee Janet Northrup Chapter 7 Trustee HMcIntyre@hwallp.com, dek@hwallp.com;lslater@hwa.com |
| Heather Heath McIntyre | on behalf of Trustee Janet S Casciato-Northrup HMcIntyre@hwallp.com dek@hwallp.com;lslater@hwa.com |
| Heather Heath McIntyre | on behalf of Trustee Janet S. Northrup HMcIntyre@hwallp.com dek@hwallp.com;lslater@hwa.com |
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov |
| Holland Neff O'Neil | on behalf of Creditor Brazos Electric Power Cooperative Inc. honeil@foley.com, acordero@foley.com;jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com |
| Janet S Casciato-Northrup | jln@hwa.com jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| Jason B. Binford | on behalf of Interested Party Public Utility Commission of Texas Jason.binford@oag.texas.gov |
| John F Higgins, IV | on behalf of Interested Party Official Committee of Unsecured Creditors for Brazos Electric Power Cooperative Inc. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| Kevin M Lippman | on behalf of Interested Party Electric Reliability Council of Texas Inc. klippman@munsch.com |
| Lee Gordon | on behalf of Creditor City of Waco Midway ISD kim.morriss@mvbalaw.com;tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;vickie.covington@mvbalaw.com;alocklin@mvbalaw.com |
| Maria Barbara Mokrzycka | on behalf of Creditor Brazos Electric Power Cooperative Inc. maria.mokrzycka@nortonrosefulbright.com |
| Melissa T Harris | on behalf of Creditor Pension Benefit Guaranty Corporation harris.melissa@pbgc.gov efile@pbgc.gov |
| Quinette A Bonds | on behalf of Creditor Pension Benefit Guaranty Corporation bonds.quinette@pbgc.gov efile@pbgc.gov |
| Sean A. Gordon | on behalf of Creditor Computershare Trust Company N.A. Sean.Gordon@ThompsonHine.com, ECFDocket@thompsonhine.com |
| Shari L Heyen | on behalf of Interested Party Certain Holders of the 6.54% Series 2009A Senior Secured Notes due June 24 2024 issued by Brazos Sandy Creek Electric Cooperative, Inc heyens@gtlaw.com, jamrokg@gtlaw.com |
| Soo Min Kim | |

| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf002 | Total Noticed: 7 |

                on behalf of Creditor Pension Benefit Guaranty Corporation kim.soomin@pbgc.gov

Timothy C. Mohan
                on behalf of Creditor Brazos Electric Power Cooperative  Inc. tmohan@foley.com

US Trustee
                USTPRegion07.HU.ECF@USDOJ.GOV

Wayne Kitchens
                on behalf of Trustee Janet S Casciato-Northrup jwk@hwallp.com dkokenes@hwallp.com


TOTAL: 24