# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| In Re: | § | Case No. 22-30682 |
|---|---|---|
| | § | |
| **Brazos Sandy Creek Electric Cooperative, Inc.,** | § § | (Chapter 7) |
| | § | |
| Debtor. | § § | |

## EXHIBIT AND WITNESS LIST

| Bankruptcy Case No. 22-30682 | Debtor: Brazos Sandy Creek Electric Cooperative, Inc. |
|---|---|
| **Witness(es):** | |
| 1. Janet S. Northrup, Chapter 7 Trustee for the Debtor | **Bankruptcy Judge:** David R. Jones |
| 2. David S. Gragg | **Case Manager:** Albert Alonzo |
| 3. Steven R. Brook | **Hearing Date:** June 28, 2022 |
| 4. Any other witness called by Langley & Banack, Inc. | **Hearing Time:** 3:30 p.m. |
| | **Party's Name:** Janet S. Northrup, Chapter 7 Trustee |
| | **Attorney's Name:** Heather Heath McIntyre Alexander Perez |
| | **Attorney's Phone:** (713) 759-0818 |
| | **Nature of Proceeding:**<br>1. *Langley & Banack, Inc.'s Emergency Motion for Relief under Fed. R. Bankr. P. 9023 and 9024 from Order "Granting Trustee's Emergency Motion for Turnover of Prepetition Retainer by Debtor's Counsel"* [Dkt. No. 111]<br>2. *Trustee's Objection to Langley & Banack, Inc.'s Emergency Motion for Relief under Fed. R. Bankr. P. 9023 and 9024 from Order Granting Trustee's Emergency Motion for Turnover of Prepetition Retainer by Debtor's Counsel* [Dkt. No. 113]<br>3. *Application for Approval of Post-petition Fees and Expenses Incurred by Debtor's Counsel, Langley & Banack, Inc. from March 19, 2022 through May 5, 2022 Pursuant to 11 U.S.C. § 329* [Dkt. No. 119] |

3096584

|  | 4. *Trustee's Objection to the Application for Approval of Post-petition Fees and Expenses Incurred by Debtor's Counsel, Langley & Banack, Inc. from March 19, 2022 through May 5, 2022 Pursuant to 11 U.S.C. § 329* [Dkt. No. 139]<br>5. *Objection of Collateral Trustee to Application for Approval of Post-petition Fees and Expenses Incurred by Debtor's Counsel, Langley & Banack, Inc. from March 19, 2022 through May 5, 2022 Pursuant to 11 U.S.C. § 329* [Dkt. No. 143] |
|---|---|

**Exhibits**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Debtor's Statement of Financial Affairs [Dkt. No. 59] (56 pages) |  |  |  |  |
| 2. | Disclosure of Compensation of Attorney for Debtor [Dkt. No. 61] (3 pages) |  |  |  |  |
| 3. | Engagement Agreement of Langley & Banack, Inc. (4 pages) |  |  |  |  |
|  |  |  |  |  |  |
|  | Rebuttal and/or Impeachment Evidence |  |  |  |  |

The Trustee reserves any and all rights to amend the *Exhibit and Witness List*, to call any witnesses designated by any other party, and use any other exhibit designated by any other party to the hearing.

3096584

DATED: June 24, 2022.

        Respectfully submitted,

        */s/ Heather Heath McIntyre*
        Wayne Kitchens        TBN: 11541110
        wkitchens@hwa.com
        Heather Heath McIntyre   TBN: 24041076
        hmcintyre@hwa.com
        Hughes, Watters & Askanase, LLP
        Total Plaza
        1201 Louisiana, 28th Floor
        Houston, Texas 77002
        Telephone:    (713) 759-0818
        Facsimile:    (713) 759-6834
        **ATTORNEYS FOR CHAPTER 7 TRUSTEE, JANET S. NORTHRUP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2022, a true and correct copy of the foregoing document has been served on parties receiving ECF notice via the Court's CM/ECF system in the above-referenced case.

        */s/ Heather Heath McIntyre*
        Heather Heath McIntyre

3096584