IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.:  22-30682-H2-7 |
| | § | |
| BRAZOS SANDY CREEK | § | (CHAPTER 7) |
| ELECTRIC COOPERATIVE, INC., | § | |
| | § | |
| DEBTOR. | § | |

**MONTHLY OPERATING REPORT FOR JULY 2022**

**BALANCE ON HAND AS OF JULY 1, 2022**          $ 34,402,581.81

**TOTAL RECEIPTS**

| | | | |
|---|---|---|---|
| | 1) | Power Sales | $ 20,048,182.77 |
| | 2) | Funds on Deposit | $ 2,237.82 |
| | 3) | Other | $ 1,262.17 |
| | | Total Receipts | $ 20,051,682.76 |

**TOTAL DISBURSEMENTS**

| | | | |
|---|---|---|---|
| | 1) | Plant Operations | $ 2,186,775.37 |
| | 2) | Professionals | $ 818,525.21 |
| | 3) | Professional Expenses | $ 1,491.66 |
| | 4) | Trustee Compensation & Expenses | $ 209,124.69 |
| | 5) | Administrative Claims | $ 60,000.00 |
| | 6) | Other | $ 110.87 |
| | | Total Disbursements | $ 3,276,027.80 |

**BALANCE ON HAND AS OF JULY 31, 2022**          $ 51,178,236.77[1]

---

[1] See attached report for further detail.
3097614

Dated: August 10, 2022.

        Respectfully submitted,

        */s/ Heather Heath McIntyre*
        Wayne Kitchens    TBN 11541110
        wkitchens@hwa.com
        Heather McIntyre    TBN 24041076
        hmcintyre@hwa.com
        HUGHESWATTERSASKANASE, LLP
        Total Plaza
        1201 Louisiana, 28th Floor
        Houston, Texas 77002
        Telephone:  (713) 759-0818
        Facsimile:  (713) 759-6834
        **ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

| Trustee Name: | Janet S. Northrup | | | Page No: 1 |
|---|---|---|---|---|
| | | Category Report | | |
| **Case Name:** | BRAZOS SANDY CREEK ELECTRIC COOPERATIVE, ,INC. | | **Beginning Date:** | 7/1/2022 |
| **Case Number:** | 22-30682-H2 | | **Ending Date:** | 7/31/2022 |
| **Tax ID:** | 870806881 | | | |
| **Date Filed:** | 03/18/2022F | | | |
| **Judge:** | DAVID R. JONES | | | |

| | Amount |
|---|---|
| **Receipt** | |
| 1129-000  Liquidation of Other Personal Property (Schedule B) | |
| 07/05/2022  {6}  Brazos Sandy Creek Cooperative, Inc. | $1,528.66 |
| 07/05/2022  {8}  Brazos Sandy Creek Cooperative, Inc. | $338.94 |
| 07/05/2022  {9}  Brazos Sandy Creek Cooperative, Inc. | $188.08 |
| 07/05/2022  {24}  Brazos Sandy Creek Cooperative, Inc. | $182.14 |
| Category Total: | $2,237.82 |
| 1229-000  Liquidation of Other Personal Property | |
| 07/01/2022  {47}  Electric Reliability Council of TX | $1,013,625.06 |
| 07/05/2022  {47}  Electric Reliability Council of TX | $351,780.36 |
| 07/06/2022  {47}  Electric Reliability Council of TX | $375,907.91 |
| 07/07/2022  {47}  Electric Reliability Council of TX | $358,826.25 |
| 07/08/2022  {47}  Electric Reliability Council of TX | $570,403.20 |
| 07/11/2022  {47}  Electric Reliability Council of TX | $979,897.40 |
| 07/12/2022  {47}  Electric Reliability Council of TX | $529,174.01 |
| 07/13/2022  {47}  Electric Reliability Council of TX | $354,020.35 |
| 07/14/2022  {47}  Electric Reliability Council of TX | $612,376.46 |
| 07/15/2022  {47}  Electric Reliability Council of TX | $37,402.47 |
| 07/15/2022  {47}  Electric Reliability Council of TX | $1,790,444.62 |
| 07/18/2022  {47}  Electric Reliability Council of TX | $1,792,944.49 |
| 07/19/2022  {47}  Electric Reliability Council of TX | $927,599.67 |
| 07/20/2022  {47}  Electric Reliability Council of TX | $67,584.91 |
| 07/20/2022  {47}  Electric Reliability Council of TX | $6,248.49 |
| 07/20/2022  {47}  Electric Reliability Council of TX | $16,701.80 |
| 07/20/2022  {47}  Electric Reliability Council of TX | $1,135,447.56 |
| 07/21/2022  {47}  Electric Reliability Council of TX | $2,794,468.76 |
| 07/22/2022  {47}  Electric Reliability Council of TX | $1,103,760.54 |
| 07/25/2022  {47}  Electric Reliability Council of TX | $890,968.50 |
| 07/26/2022  {47}  Electric Reliability Council of TX | $454,704.62 |
| 07/27/2022  {47}  Electric Reliability Council of TX | $889,722.32 |
| 07/28/2022  {47}  Electric Reliability Council of TX | $1,999,548.05 |
| 07/29/2022  {47}  Electric Reliability Council of TX | $994,624.97 |
| Category Total: | $20,048,182.77 |
| 1270-000  Interest Income (from estate bank accounts or investments only) | |
| 07/31/2022  Veritex Community Bank | $1,262.17 |
| Category Total: | $1,262.17 |
| Receipt Total: | $20,051,682.76 |
| 9999-000  Account Transfers | |
| 07/12/2022  Transfer From: #9611223068201 | $52,148.34 |
| 07/12/2022  Transfer From: #9611223068201 | $53,815.90 |
| 07/25/2022  Transfer From: #9611223068202 | $462,435.37 |
| 07/25/2022  Transfer From: #9611223068202 | $1,000.00 |
| 07/26/2022  Transfer From: #9611223068201 | $484.00 |
| 07/26/2022  Transfer From: #9611223068201 | $1,633.50 |
| Category Total: | $571,517.11 |
| Group Total: | $20,623,199.87 |
| **Disbursement** | |
| 2100-000  Trustee Compensation | |
| 07/11/2022  JANET S. NORTHRUP | $208,593.38 |
| Category Total: | $208,593.38 |

| Trustee Name: | Janet S. Northrup | | Page No: 2 |
|---|---|---|---|
| | | Category Report | |
| Case Name: | BRAZOS SANDY CREEK ELECTRIC COOPERATIVE, ,INC. | Beginning Date: | 7/1/2022 |
| Case Number: | 22-30682-H2 | Ending Date: | 7/31/2022 |
| Tax ID: | 870806881 | | |
| Date Filed: | 03/18/2022F | | |
| Judge: | DAVID R. JONES | | |

| | | | Amount |
|---|---|---|---|
| 2200-000 | Trustee Expenses | | |
| 07/11/2022 | | JANET S. NORTHRUP | $531.31 |
| | | Category Total: | $531.31 |
| 2600-000 | Bank service fees | | |
| 07/29/2022 | | Veritex Community Bank | $110.87 |
| | | Category Total: | $110.87 |
| 2690-000 | Chapter 7 Operating Expenses (includes wages, payroll taxes, and other taxes paid during operation, unle | | |
| 07/06/2022 | | Sandy Creek Services | $114,525.38 |
| 07/06/2022 | | Sandy Creek Services | $142,821.72 |
| 07/07/2022 | | Electric Reliability Council of TX | $8,520.22 |
| 07/13/2022 | | Sandy Creek Services | $178,959.55 |
| 07/13/2022 | | Sandy Creek Services | $91,481.64 |
| 07/19/2022 | | Tenaska Power Services, Co. | $23,500.00 |
| 07/19/2022 | | Electric Reliability Council of TX | $90,535.20 |
| 07/20/2022 | | Sandy Creek Services | $300,406.99 |
| 07/20/2022 | | Sandy Creek Services | $237,033.96 |
| 07/27/2022 | | Sandy Creek Services | $604,185.77 |
| 07/27/2022 | | Sandy Creek Services | $41,117.22 |
| 07/27/2022 | | Sandy Creek Services | $353,687.72 |
| | | Category Total: | $2,186,775.37 |
| 2990-000 | Other Chapter 7 Administrative Expenses | | |
| 07/29/2022 | | Langley & Banack, Inc. | $60,000.00 |
| | | Category Total: | $60,000.00 |
| 3110-000 | Attorney for Trustee Fees (Trustee Firm) | | |
| 07/11/2022 | | HUGHES, WATTERS & ASKANASE | $215,263.60 |
| | | Category Total: | $215,263.60 |
| 3120-000 | Attorney for Trustee Expenses (Trustee Firm) | | |
| 07/11/2022 | | HUGHES, WATTERS & ASKANASE | $1,019.83 |
| | | Category Total: | $1,019.83 |
| 3210-600 | Special Counsel for Trustee Fees | | |
| 07/26/2022 | | Guida, Slavich & Flores, P.C. | $1,936.00 |
| | | Category Total: | $1,936.00 |
| 3991-000 | Other Professional Fees | | |
| 07/01/2022 | | RPA Asset Management, LLC | $150,116.88 |
| 07/11/2022 | | Evercore Group, LLC | $125,000.00 |
| 07/19/2022 | | Thompson Hines, LLP | $38,229.50 |
| 07/22/2022 | | GreenbergTraurig LLP | $280,425.40 |
| 07/26/2022 | | ICF Resources, LLC | $6,534.00 |
| | | Category Total: | $600,305.78 |
| 3992-000 | Other Professional Expenses | | |
| 07/11/2022 | | Evercore Group, LLC | $1,491.66 |
| | | Category Total: | $1,491.66 |
| | | Disbursement Total: | $3,276,027.80 |
| 9999-000 | Account Transfers | | |
| 07/12/2022 | | Transfer To: #9611223068204 | $52,148.34 |
| 07/12/2022 | | Transfer To: #9611223068204 | $53,815.90 |
| 07/25/2022 | | Transfer To: #9611223068201 | $462,435.37 |
| 07/25/2022 | | Transfer To: #9611223068201 | $1,000.00 |
| 07/26/2022 | | Transfer To: #9611223068204 | $484.00 |

| Trustee Name: | Janet S. Northrup | | Page No: 3 |
|---|---|---|---|
| | | **Category Report** | |
| Case Name: | BRAZOS SANDY CREEK ELECTRIC COOPERATIVE, ,INC. | Beginning Date: | 7/1/2022 |
| Case Number: | 22-30682-H2 | Ending Date: | 7/31/2022 |
| Tax ID: | 870806881 | | |
| Date Filed: | 03/18/2022F | | |
| Judge: | DAVID R. JONES | | |

| | | Amount |
|---|---|---|
| 07/26/2022 | Transfer To: #9611223068204 | $1,633.50 |
| | **Category Total:** | **$571,517.11** |
| | **Group Total:** | **$3,847,544.91** |

**Summary of T-Codes**

| | |
|---|---|
| 1000: | $20,051,682.76 |
| 2000: | $2,456,010.93 |
| 3000: | $820,016.87 |
| 4000: | $0.00 |
| 5000: | $0.00 |
| 6000: | $0.00 |
| 7000: | $0.00 |
| 8000: | $0.00 |
| 9000: | $1,143,034.22 |