# MASTER SERVICE LIST
### Brazos Sandy Creek Cooperative, Inc.
### Case No. 22-30682

All service made by US first class mail, postage prepaid unless otherwise indicated

**Debtor**
Brazos Sandy Creek Electric Cooperative, Inc.
Clifton Karnei, Executive Vice President
and General Manager
Via Email ckarnei@brazoselectric.com

**Debtor's Counsel**
David S. Gragg
Allen M. DeBard
Natalie Wilson
Langley & Banack, Incorporated
745 East Mulberry
Suite 700, Trinity Plaza II
San Antonio, TX  78212-3166
Via ECF dgragg@langleybanack.com
Via ECF nwilson@langleybanack.com

**Chapter 7 Trustee**
Janet S. Northrup
Chapter 7 Trustee
1201 Louisiana Street
28th Floor
Houston, TX  77002
Via ECF jsnorthrup@hwa.com

**Office of the U.S. Trustee**
Hector Duran Jr.
Office of the United States Trustee
for the Southern District of Texas
515 Rusk Street, Suite 3516
Houston, TX  77002
Via ECF Hector.Duran.Jr.@usdoj.gov

**U.S. Attorney's Office**
United States Attorney's Office
for the Southern District of Texas
Wells Fargo Plaza
1000 Louisiana Street, Suite 2300
Houston, TX  77002

Jason B. Binford
Autumn D. Highsmith
Layla D. Milligan
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
PO Box 12548-MC 008
Austin, Texas  78711
Via ECF Jason.binford@aog.gov

**20 Largest Unsecured Creditors**
Babcock Power Services Inc.
26 Forest Street, Suite 300
Marlborough, MA  01752

City of Waco-Water Utility Services
PO Box 2570
Waco, TX  76702

*Emerson Process Management
15740 Park Row
Houston, TX  77084

Engineered Pump Services Inc.
624 Perkins Drive
Mukwonago, WI  53149

Explosive Professionals, Inc.
PO Box 1885
Humble, TX  77347

Howden USA Company
2475 George Urban Blvd.
Suite 120
Depew, NY  14043

Integrated Power Services, LLC
1245 N. Hearne Avenue
Shreveport, LA  71107

3097092
*undeliverable

*Mechanical Dynamics & Analysis
19 British American Blvd.
Albany, NY  12210

Meylan Enterprises, Inc.
6225 S. 60th Street
Omaha, NE  68117

Mitsubishi Hitachi Power System
546 Martinsville Road
Basking Ridge, NJ  07920

NAES Corporation
PO Box 94274
Seattle, WA  98124

Pilgrim International Ltd.
Earl Business Center Dowry Street
Etherow Suite, Oldham
Greater Manchester 0L82PF  UK

Power Engineering Services, Inc.
9179 Shadow Creek Lane
Converse, TX  78109

TEI Construction Services, Inc.
170 Tucapau Road
Duncan, SC  29334

Thompson Industrial Services
104 N Main Street
Sumter, SC  29150

Toshiba America Energy Systems
6623 West Washington Street
Milwaukee, WI  53214

Travis Industries, LLC
8032 Rendon Bloodworth Road
Mansfield, TX  76063

Trinity Industries Leasing
14221 Dallas Parkway, Suite 1100
Dallas, TX  75254

Vinson Process Controls Company. LP
2747 Highpoint Oaks Drive
Lewisville, TX  75067


3097092
*undeliverable

Waste Management National Services
1901 Afton Road
Houston, TX  77055

**Parties Requesting Notice**

Oscar Pinkas
Nathan Haynes
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York  10017
Via Email PinkasO@gtlaw.com
Via Email HaynesN@gtlaw.com

Joseph D. Davis III
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, Massachusetts
Via Email DavisJo@gtlaw.com

John F. Higgins
M. Shane Johnson
Megan Young-John
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas  77002
Via ECF jhiggins@porterhedges.com
Via Email sjohnson@porterhedges.com
Via Email myoung-john@porterhedges.com

Thomas Moers Mayer
Jennifer Sharret
Ronald S. Greenberg
Seth F. Schinfeld
Elan Daniels
Nancy M. Bello
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
Via Email tmayer@kramerlevin.com
Via Email jsharret@kramerlevin.com
Via Email rgreenberg@kramerlevin.com
Via Email sschinfeld@kramerlevin.com
Via Email edaniels@kramerlevin.com
Via Email nbello@kramerlevin.com
*Official Committee of Unsecured Creditors for Brazos Electric Power Cooperative, Inc. Case No. 21-30725*

Sean A. Gordon
Curtis L. Tuggle
John H. Bae
Jessica M. Kincaid
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia
Via Email Curtis.Tuggle@ThompsonHine.com
Via ECF Sean.Gordon@ThompsonHine.com
Via Email John.Bae@ThompsonHine.com
Via Email Jessica.Kincaid@ThompsonHine.com
*Counsel for Computershare Trust Company, N.A.*

Holly N. O'Neil
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas  75201
Via ECF honeil@foley.com

Michael K. Riordan
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, Texas  77002
Via Email mriordan@foley.com

Timothy C. Mohan
Foley & Lardner LLP
1400 16th Street, Suite 200
Denver, Colorado  80202
Via ECF tmohan@foley.com
*Special Counsel and Conflicts Counsel to the Debtor – Brazos Electric Power Cooperative, Inc.*

Quinette A. Bonds
Melissa T. Harris
Soo Min Kim
Andrea Wong
Pension Benefit Guaranty Corporation
Via ECF bonds.quinette@pbgc.gov
Via ECF harris.melissa@pbgc.com
Via ECF wong.andrea@pbgc.com

Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005
Via ECF efile@pbgc.gov
Via ECF Bonds.Quinette@pbgc.gov
Via ECF Harris.Melissa@pbgc.gov
Via ECF Kim.SooMin@pbgc.gov
Via ECF Wong.Andrea@pbgc.gov

Bruce J. Ruzinsky
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas  77010
Via ECF bruzinsky@jw.com

J. Scott Rose
Jackson Walker L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, Texas  78205
Via Email srose@jw.com
*Counsel to Lower Colorado River Authority*

Jason L. Boland
Julie G. Harrison
Maria Mokrzycka
Norton Rose Fulbright US LLP
1301 McKinney Street, Suite 5100
Houston, Texas  77010
Via Email jason.boland@nortonrosefulbright.com
Via Email julie.harrison@nortonrosefulbright.com
Via ECF maria.mokrzycka@nortonrosefulbright.com
*Counsel for Debtor and Debtor in Possession – Brazos Electric Power Cooperative, Inc.*

Louis R. Strubeck, Jr.
Laura L. Smith
O'Melveny & Myers LLP
2501 North Harwood Street
Dallas, Texas  75201
Via Email lstrubeck@omm.com
Via Email lsmith@omm.com
*Co-Counsel for the Debtor and Debtor in Possession – Brazos Electric Power Cooperative, Inc.*

3097092
*undeliverable

| | |
|---|---|
| Demetra Liggins<br>McGuire Woods LLP<br>845 Texas Avenue, 24th Floor<br>Houston, Texas  77002<br>Via ECF  dliggins@mcguirewoods.com | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, Texas  78760Via ECF<br>Austin.bankruptcy@lgbs.com<br>Austin.bankruptcy@publicans.com<br>*Counsel for McLennan County* |
| Kristopher M. Hansen<br>Kenneth Pasquale<br>Jonathan D. Canfield<br>Jason M. Pierce<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York  10166<br>Email krishansen@paulhastings.com<br>Email kenpasquale@paulhastings.com<br>Email joncanfield@paulhastings.com<br>Email jasonpierce@paulhastings.com<br>*Counsel for Sandy Creek Energy Associates, L.P.* | Arch Coal Sales Inc.<br>One City Place Drive, Suite 5300<br>St. Louis, MO  63141<br>Via First Class U.S. Mail, postage prepaid<br><br>City of Waco<br>PO Box 2570<br>Waco, TX  76702<br>Via First Class U.S. Mail, postage prepaid |
| Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, Texas  78680<br>Via ECF lgordon@mvbalaw.com<br>*Counsel for City of Waco, Midway ISD* | David John Sass<br>c/o LS Power<br>One Tower Center Blvd, 21st Floor<br>East Brunswick, NJ  08816<br>Via First Class U.S. Mail, postage prepaid |
| Kevin M. Lippman<br>Deborah Michelle Perry<br>Munch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, Texas  75201-6659<br>Via ECF klippman@munsch.com<br>Via ECF dperry@munsch.com<br>*Counsel for Electric Reliability Council of Texas, Inc. ("ERCOT")* | Frederick W. Sultan IV<br>c/o LCRA<br>3700 Lake Austin Blvd.<br>Austin, TX  78703<br>Via First Class U.S. Mail, postage prepaid<br><br>Helm-Pacific Leasing<br>c/o Wells Fargo Rail Corp.<br>Attn:  Contract Administrator<br>9377 W. Higgins Road, Suite 600<br>Rosemont, IL  60018<br>Via First Class U.S. Mail, postage prepaid |
| Thomas A, Woolley, III<br>Timothy M. McCloskey<br>Carissa Brewster<br>McCloskey Roberson Woolley, PLLC<br>945 Heights Blvd.<br>Houston. Texas  77008<br>Via ECF rwoolley@mrwpllc.com | Jason Boland/Julie Harrison<br>Norton Rose Fulbright<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010<br>Via First Class U.S. Mail, postage prepaid |

3097092
*undeliverable

Joseph F. Guida/John Slavich
Guida Slavich Flores
14679 Midway Road, Suite 115
Addison, TX  75001
Via First Class U.S. Mail, postage prepaid

Patti Hershey
LCRA
3700 Lake Austin Blvd.
Austin, TX  78703
Via First Class U.S. Mail, postage prepaid

Phillip Segrist
2805 West Highway 84
McGregor, TX  76657
Via First Class U.S. Mail, postage prepaid

Raul Garcia
LCRA
3700 Lake Austin Blvd.
Austin, TX  78703
Via First Class U.S. Mail, postage prepaid

Railcar Holdings PAS I, LLC
c/o ITE Management, LP
200 Park Avenue South, Suite 1511
New York, NY  10003
Via First Class U.S. Mail, postage prepaid

Riverside Rail 1, LLC
10148 Louisiana Highway
Convent, LA  70723
Via First Class U.S. Mail, postage prepaid

Ron Fisher
c/o LS Power
One Tower Center Blvd., 21st Floor
East Brunswick, NJ  08816
Via First Class U.S. Mail, postage prepaid

Tom Oney
LCRA
3700 Lake Austin Blvd.
Austin, TX  78703
Via First Class U.S. Mail, postage prepaid

Waste Management National Services, In.
Chief Legal Office
800 Capital Street
Houston, TX  77002
Via First Class U.S. Mail, postage prepaid

William H. Wilson
WHW Law
5 Lampey Road
Centerbury, NH  03224
Via First Class U.S. Mail, postage prepaid

Yetter Coleman LLP
811 Main St., Suite 4100
Houston, TX  77002
Via First Class U.S. Mail, postage prepaid

3097092
*undeliverable